```
 1  ERIC A. NYBERG, ESQ. (Bar No. 131105)
    CHRIS D. KUHNER, ESQ. (Bar No. 173291)
 2  KORNFIELD, NYBERG, BENDES & KUHNER, P.C.
    1999 Harrison Street, Suite 2675
 3  Oakland, California 94612
    Telephone: (510) 763-1000
 4  Facsimile: (510) 273-8669
 5
 6  Proposed Attorneys for A.F. Evans Company, Inc.
```

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 09-41727 |
|---|---|
| | Chapter 11 |
| A.F. EVANS COMPANY, INC., | APPLICATION FOR APPOINTMENT OF COUNSEL FOR CHAPTER 11 DEBTOR AND DEBTOR-IN-POSSESSION |
| Debtor. | |

TO: THE HONORABLE EDWARD D. JELLEN, UNITED STATES BANKRUPTCY JUDGE:

The application of A. F. Evans Company, Inc., (the "Debtor") represents:

1. On March 5, 2009, the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Code").

2. Since the time its Chapter 11 petition was filed, the Debtor has continued in possession of its property.

3. The Debtor wishes to employ the law firm of Kornfield, Nyberg, Bendes & Kuhner, P.C., all attorneys of which are duly admitted to practice in this Court.

4. The Debtors have selected the law firm of Kornfield, Nyberg, Bendes & Kuhner, P.C., as its attorneys because the firm has had considerable experience in matters of this nature, and it believes that the firm is well qualified to represent it as debtor-in-possession in this case. The professional services that the firm of Kornfield, Nyberg, Bendes & Kuhner, P.C., is to render to the Debtor include:

    a. To give Debtor legal advice with respect to its powers and duties as debtor-in-possession in the continued operation of its business and management of its property;

    b. To prepare on behalf of applicant, as debtor-in-possession, the necessary applications, answers, orders, reports and other legal papers;

    c. To perform all other legal services for Debtor which may be necessary in this case.

5. It is necessary for Debtor, as debtor-in-possession, to employ an attorney to perform such professional services.

6. To the best of Debtor's knowledge, the law firm of Kornfield, Nyberg, Bendes & Kuhner, P.C., does not have any connection with the creditors or any other party in interest in this matter, or their respective attorneys or accountants, or the United States Trustee, or any person employed in the office of the United States Trustee, and represent no interest adverse to the estate in the matters upon which it is to be retained except, over the years the firm has represented the City of Oakland who is creditor in this case, but such representation has never related to the Debtor.

EmployKNBK-App.doc - 2 -

Case: 09-41727  Doc# 3  Filed: 03/06/09  Entered: 03/06/09 09:20:31  Page 2 of 10

7. The Debtor has conferred with, and now desires to retain and employ the firm of Kornfield, Nyberg, Bendes & Kuhner, P.C., as its attorneys to perform all of the above-described services necessary and desirable in the administration of its estate. The Debtor has paid Kornfield, Nyberg, Bendes & Kuhner, P.C., an original retainer of $90,000 of which $63,709.72 remains as of the petition date against which costs and services will be credited at the hourly rates set forth on the Hourly Rate Schedule attached hereto as Exhibit A. A copy of the written fee agreement is attached hereto as Exhibit B.

8. The firm's billing rates are subject to change from time to time as circumstances warrant. Further, such arrangement is subject to possible changes under Bankruptcy Code §328(a). Compensation for services rendered and reimbursement for expenses incurred are to be paid as allowed by the court after notice and a hearing.

9. The law firm of Kornfield, Nyberg, Bendes & Kuhner, P.C., represents no interest adverse to the Debtor as debtor-in-possession, or to the estate, in the matters upon which it is to be engaged, and its employment would be to the best interest of this estate.

**WHEREFORE**, the Debtor prays that it be authorized to employ and appoint the law firm of Kornfield, Nyberg, Bendes & Kuhner, P.C., under a general retainer on the terms set forth herein to represent it as debtor-in-possession in this case under Chapter 11 of the Bankruptcy Code and that it be granted such other and further relief as is just.

| | | |
|---|---|---|
| 1 | Dated: March 5, 2008 | A.F. EVANS COMPANY, INC., |
| 2 | | |
| 3 | | By: Rick Bell /s/ |
| | | Vice President and Chief Investment Officer |

EmployKNBK-App.doc

- 4 -

EXHIBIT "A"

KORNFIELD, PAUL, NYBERG & KUHNER, P.C.

HOURLY RATE SCHEDULE - 2009

| Attorney Name | Atty. Code | Hourly Rate |
|---|---|---|
| Eric A. Nyberg | EAN | 350.00 |
| Charles N. Bendes | CNB | 350.00 |
| Chris D. Kuhner | CDK | 335.00 |
| Paralegal/Miscellaneous | Code | Hourly Rate |
| Nancy Nyberg (Bookkeeping & Accounting) | NN | 80.00 |
| Paralegal Assistant | -- | 40.00 |

# KORNFIELD, NYBERG, BENDES & KUHNER

A PROFESSIONAL CORPORATION

IRVING J. KORNFIELD *(1936-2000)*

January 20, 2009

A.F. Evans Company, Inc.
Richard A. Bell
1000 Broadway, Suite 300
Oakland, Ca 94607

   Re:   **Representation Arrangement - Chapter 11 Bankruptcy**

Dear Mr. Bell:

  Thank you for choosing our firm as your attorneys for the purpose of representing you in your Chapter 11 case. The following is an explanation of our fee arrangement. Please read this carefully and be certain that you understand it. Do not hesitate to question us on this or any other matter. Also, you should know that any and all fees paid during the pendency of a bankruptcy matter are disclosed to the court.

  The initial retainer for filing of this proceeding shall be $90,000 (plus $1039 filing fee). We have discussed and negotiated this fee and you have assured me that this is acceptable and fair.

  We have agreed to accept $ N/A as a partial payment on the above quoted retainer. You understand that no action will be taken to file the proceeding (which activates the automatic stay to protect your assets) until the entire initial retainer has been paid.

  The fee in this proceeding is based upon the extent of your indebtedness and our estimate of the individual complications and anticipated problems involved in your case. We will "bill" against this fee at the hourly rates set forth in the attached schedule. When and if the retainer has been fully billed against, we will continue to represent you on a regular billing basis. If the Chapter 11 proceeding is still pending and a plan has not been confirmed by the Court, we will be required to apply to the Court for approval of further payment from you. You should be aware that in Chapter 11 cases, while the principal factor considered by the court in setting attorneys fees is the time spent, the application and order by the court will not necessarily be limited to time factors, but may also consider such factors as novelty of questions involved, results obtained, time pressure involved, contingent nature of work and such other factors. If the Court approves a fee application,

**EXHIBIT B**

LAKE MERRITT PLAZA
1999 HARRISON STREET SUITE 2675 OAKLAND CALIFORNIA 94612-3525 510/763-1000
FAX 510/273-8669 or 510/273-8707

Case: 09-41727   Doc# 3   Filed: 03/06/09   Entered: 03/06/09 09:20:31   Page 6 of 10

you will then be required to pay us any amount due and approved. Attorneys fees in a Chapter 11 case are administrative expenses which must be paid in full at the time of confirmation of a plan, unless we otherwise agree. Should the plan be confirmed or the case dismissed, we will be allowed to bill you immediately for any balance due and you agree to pay upon receipt of the statement, unless other arrangements are made between us.

All Chapter 11 cases require a filing fee of $1039 which you must also pay prior to the filing of the case. Other costs including long distance telephone calls, postage and copies for required court mailings, service of process and messenger fees, etc. will also be born by you and are payable in the same manner as are fees as stated above.

Any and all sums to be paid by you shall be made in the form of a cashier's check, money order or certified funds, or, of course, cash. You will receive a written receipt at the time of payment.

You have been informed by us that our relationship is one of a confidential nature. Our communications are privileged and may not be shared with others without your permission. It is with this understanding that you have fully and honestly disclosed information and answered our inquiries. We cannot be responsible for the consequences regarding which there has not been such a full and honest disclosure. Also, it would be counter-productive to our ability to advise and represent you if we do not have such a full disclosure, not to mention that all court documents are subject to a statement, signed by you, under penalty of perjury that the contents are true and correct.

Finally, you understand and agree that it is important to keep appointments and to provide us with information and documents which we request, in a timely manner. Should you make an appointment and be unable to appear, you agree to call and cancel before the agreed upon meeting time. Likewise, you understand that when you are directed to make court appearances, it is essential to appear and be on time. We look forward to working with you on this matter.

Very truly yours,

KORNFIELD, NYBERG, BENDES & KUHNER, P.C.

ERIC A. NYBERG

EAN:ydps

EXHIBIT B

I, Richard A. Bell, Executive Vice President of **A.F. Evans Company, Inc.**, have read the foregoing information, it has been explained to me and my questions have been satisfactorily addressed. Wherefor, by my signature below, I acknowledge that I understand and agree to these terms. I have received a photocopy of this signed agreement.

A.F. EVANS COMPANY, INC.

Date: 1/22/09

_____
Richard A. Bell,
Executive Vice President

## KORNFIELD, NYBERG, BENDES & KUHNER, P.C.

## HOURLY RATE SCHEDULE - 2008

| *Attorney Name* | *Atty. Code* | *Hourly Rate* |
|---|---|---|
| Eric A. Nyberg | EAN | 350.00 |
| Charles N. Bendes | CNB | 350.00 |
| Chris Kuhner | CDK | 335.00 |
| *Paralegal/Miscellaneous* | *Code* | *Hourly Rate* |
| Nancy Nyberg (Bookkeeping & Accounting) | NN | 80.00 |
| Paralegal Assistant | -- | 40.00 |

EXHIBIT B

# DECLARATION OF SERVICE

I, the undersigned, declare:

I am employed in the City of Oakland, County of Alameda, California. I am over the age of 18 years and not a party to this action. My business address is 1999 Harrison Street, Suite 2675, Oakland, California 94612.

I am readily familiar with the business practices of my employer, Kornfield, Nyberg, Bendes & Kuhner, P.C., for the collection and processing of correspondence for mailing with the United States Postal Service and that correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On March , 2009, I served the following document(s):
**APPLICATION FOR APPOINTMENT OF COUNSEL FOR CHAPTER 11 DEBTOR AND DEBTOR-IN-POSSESSION;**
**DECLARATION OF ERIC A. NYBERG IN SUPPORT OF APPLICATION FOR APPOINTMENT OF COUNSEL FOR CHAPTER 11 DEBTOR AND DEBTOR-IN-POSSESSION; AND**
**[PROPOSED] ORDER AUTHORIZING EMPLOYMENT OF COUNSEL**

by placing copies of said document(s) in sealed envelope(s) and served in the manner or manners described below addressed as follows:

U.S. Trustee
1301 Clay Street, Suite 690N
Oakland, CA 94612-5202

I placed such envelope(s) for collection and mailing at my employer's office following ordinary business practices, addressed to the addressee(s) designated.

I declare under penalty of perjury that the foregoing is true and correct. Executed this [th] day of March, 2009 at Oakland, California.

/s/ _____