Form OFFbus

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In Re: A.F.Evans Company, Inc.  Case No.: 09–41727 EDJ 11
Debtor(s)  Chapter: 11

# ORDER TO FILE REQUIRED DOCUMENTS

The debtor(s) named above failed to file the documents listed below.

- ☐ List of Creditors
- ☐ List of Creditors Holding 20 Largest Unsecured Claims (Official Form 4)
- ☑ Summary of Schedules (Official Form 6)
- ☑ Schedule A – Real Property (Official Form 6)
- ☑ Schedule B – Personal Property (Official Form 6)
- ☐ Schedule C – Property of Claimed as Exempt (Official Form 6)
- ☑ Schedule D – Creditors Holding Secured Claims (Official Form 6)
- ☑ Schedule E – Creditors Holding Unsecured Priority Claims (Official Form 6)
- ☑ Schedule F – Creditors Holding Unsecured Nonpriority Claims (Official Form 6)
- ☑ Schedule G – Executory Contracts and Unexpired Leases (Official Form 6)
- ☑ Schedule H – Codebtors (Official Form 6)
- ☐ Schedule I – Current Income of Individual Debtor(s) (Official Form 6)
- ☐ Schedule J – Current Expenditures of Individual Debtor(s) (Official Form 6)
- ☑ Declaration Concerning Debtor's Schedules (Official Form 6)
- ☑ Statement of Financial Affairs (Official Form 7)
- ☐ Statement of Current Monthly Income (Form B22B)
- ☐ Chapter 12 Plan (90 day deadline)

☐

IT IS HEREBY ORDERED that unless within 15 DAYS OF THE DATE OF THIS ORDER, the debtor(s) either: (a) files the documents listed above; (b) files a written request to extend the time to do so; or (c) files a written request for an order excusing the filing of the documents, the court MAY DISMISS this case without further notice or hearing.

Dated: 3/6/09  By the Court:

Edward D. Jellen
United States Bankruptcy Judge