ERIC A. NYBERG, ESQ. (Bar No. 131105)
CHARLES N. BENDES, ESQ. (Bar No. 70126)
CHRIS D. KUHNER, ESQ. (Bar No. 173291)
KORNFIELD, NYBERG, BENDES & KUHNER, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669

Attorneys for A.F. Evans Company, Inc., Debtor

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**In re**

**A.F. EVANS COMPANY, INC.,**

**Debtor.**

**Case No. 09-41727 EDJ**

**Chapter 11**

**AMENDMENT TO STIPULATION REGARDING CASH COLLATERAL AND ADEQUATE PROTECTION**

This Amendment to Stipulation Regarding Cash Collateral and Adequate Protection (this "Amendment") is dated as of March 9, 2009, and is entered into by and between the debtor in the above-captioned Chapter 11 case, A. F. Evans Company, Inc., a California corporation (the "Debtor"), and City National Bank, a national banking association ("CNB").

RECITALS

A. The Debtor and CNB have entered into a Stipulation Regarding Cash Collateral and Adequate Protection dated as of March 6, 2009 (the "Stipulation").

B. During the process of the Debtor's making its application to the Court for authority to pay certain payroll obligations related to employees outside of its corporate office and working on site at the debtor's partnership affiliates ("Site Employees"), CNB and the Debtor became aware that the budget attached as Exhibit A to the Stipulation was incomplete, in that it did not reflect that the payment of such Site Employees is made by the Debtor, and that the funds required

Amendment to Cash Coll Stip (00467359) (6).DOC -1- C:\Documents and Settings\eric\Local Settings\Temporary Internet Files\OLK316\Amendment to Cash Coll Stip (00467359) (6).DOC
{1664 | 0009 | 00467359.DOC; V1}

to pay such Site Employees at the partnership level flow through the Debtor.

C. To address the foregoing, CNB and the Debtor desire to amend the Stipulation and to revise the budget, as set forth below.

**WHEREFORE**, the parties hereby amend the Stipulation as follows:

AGREEMENT

1. Amendment and Restatement of Budget. The budget attached to the Stipulation is hereby amended and restated by the revised budget attached hereto as Exhibit A, and all references in the Stipulation to the "Budget" shall refer to the attached revised budget.

2. Amendment to Section 2 (Consent to Use Cash Collateral). Section 2(a) of the Stipulation is amended to add the following at the conclusion thereof:

> "Notwithstanding the foregoing, amounts paid by the Debtor for any portion of the "Estimated Site Related Payroll Disbursements" category reflected on the Budget shall be funded solely by, and shall not at any time individually or in the aggregate exceed, the Debtor's "Estimated Site Payroll Receipts" held by the Debtor, as reflected by the Budget."

3. Amendment to Section 7(b) (Segregation of CNB Cash Collateral). Section 7(b) of the Stipulation is amended to add the following at the conclusion thereof:

> "The Debtor shall segregate "Estimated Site Payroll Receipts" into a separate payroll account, to be used solely for the purposes of receiving "Estimated Site Payroll Receipts" and disbursing the same in payment of "Estimated Site Related Payroll Disbursements" amounts as contemplated in Section 2(a) above ("Site Payroll Account"). The Debtor shall take all steps as may be necessary to ensure that each applicable affiliate partnership: (i) remits to the Debtor the appropriate amounts for wages, withholding and other payroll and wage-related expenses associated with the services of each Site Employee to the extent applicable to such affiliate partnership, but not for Site Employee service applicable to the Debtor or to any other affiliate partnership, and (ii) remits such amounts to the Debtor in

**Kornfield, Nyberg, Bendes & Kuhner, P.C.**
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

Amendment to Cash Coll Stip (00467359) (6).DOC -2- C:\Documents and Settings\eric\Local Settings\Temporary Internet Files\OLK316\Amendment to Cash Coll Stip (00467359) (6).DOC
{1664 | 0009 | 00467359.DOC; V1}

Case: 09-41727 Doc# 26 Filed: 03/10/09 Entered: 03/10/09 17:42:15 Page 2 of 6

a timely manner so as to permit the Debtor's timely payment of such Site Related Payroll Disbursements. Subject to the requirement of Section 2 above that amounts paid by the Debtor for any portion of the "Estimated Site Related Payroll Disbursements" category reflected on the Budget must be funded solely by, and shall not exceed, the Debtor's "Estimated Site Payroll Receipts" held by the Debtor, the Debtor may sweep funds from the Site Payroll Account into its general payroll account for the limited purpose of paying Site Related Payroll Disbursements from the general payroll account, but only as and when necessary to permit timely payment of such amounts from the payroll account. The Debtor shall provide to CNB, upon its request from time to time, such evidence as may be appropriate to demonstrate that the requirements of this Section 7(b) have been satisfied."

4. <u>No Other Modifications</u>. Except as expressly set forth in this Amendment, all terms and provisions of the Stipulation remain unchanged, and the Stipulation, as amended by thie Amendment, is hereby confirmed and ratified.

5. <u>Signatures</u>. This Amendment may be executed in counterparts. Facsimile signatures are acceptable. The attorney for any party may sign on behalf of that party. Each attorney signing for its client represents it has authority to bind its client to this Stipulation and each party shall be deemed to have authorized its attorney to sign on its behalf.

[signature page follows]

**Kornfield, Nyberg, Bendes & Kuhner, P.C.**
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

Amendment to Cash Coll Stip (00467359) (6).DOC -3- C:\Documents and Settings\eric\Local Settings\Temporary Internet Files\OLK316\Amendment to Cash Coll Stip (00467359) (6).DOC
{1664 | 0009 | 00467359.DOC; V1}

Dated: March 9, 2009

Kornfield, Nyberg, Bendes & Kuhner, P.C.

By: Eric A. Nyberg /s/
(Bar No. 131105)
Attorneys for Debtor

Dated: March 9, 2009

Pepler Mastromonaco LLP

By: T. Scott Bucey /s/
(Bar No. 202657)
Attorneys for City National Bank

[signatures continue on following page]

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

Amendment to Cash Coll Stip (00467359) (6).DOC -4- C:\Documents and Settings\eric\Local Settings\Temporary Internet Files\OLK316\Amendment to Cash Coll Stip (00467359) (6).DOC
{1664 | 0009 | 00467359.DOC; V1}

Dated: March 9, 2009

A.F. Evans Company, Inc.

By: [signature]

Name: RICHARD A. BELL

Title: EXECUTIVE VICE PRESIDENT

Dated: March 9, 2009

City National Bank

By:________________________

Name: ____________

Title: ____________

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

Amendment to Cash Coll Stip (00467359) (2) DOC -5- C:\Documents and Settings\rbell\Local Settings\Temporary Internet Files\OLK74\Amendment to Cash Coll Stip (00467359) (2) DOC

{1664 | 0009 | 00467359.DOC; V1}

Dated: March 9, 2009

A.F. Evans Company, Inc.

By:________________________
Name: ____________
Title: ____________

Dated: March 9, 2009

City National Bank

By: [signature]
Name: Jerry McDermott
Title: VP

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

Amendment to Cash Coll Stip (00467359).DOC

-5-

C:\Documents and Settings\jmcdermo\Local Settings\Temporary Internet Files\OLK63\Amendment to Cash Coll Stip (00467359).DOC

{1664 | 0009 | 00467359.DOC; V1}