MARK LEVY (Bar No. 95681)
LEVY, LEVY & LEVY, P.C.
900 Larkspur Landing Circle, Suite 275
Larkspur, California 94939
Telephone: (415) 461-4900
Facsimile: (415) 461-4994

Proposed Attorneys for A.F. Evans Company, Inc.

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 09-41727 EDJ<br>Chapter 11 |
| A.F. EVANS COMPANY, INC.,<br><br>Debtor. | APPLICATION FOR APPOINTMENT OF REAL ESTATE AND REGULAROTY COUNSEL FOR CHAPTER 11 DEBTOR AND DEBTOR-IN-POSSESSION |

**TO: THE HONORABLE EDWARD D. JELLEN, UNITED STATES BANKRUPTCY JUDGE:**

The application of A. F. Evans Company, Inc., (the "Debtor") represents:

1. On March 5, 2009, the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Code").

2. Since the time its Chapter 11 petition was filed, the Debtor has continued in possession of its property.

3. The Debtor wishes to employ the law firm of Levy, Levy & Levy, P.C., as its real estate and regulatory counsel, all attorneys of which are duly admitted to practice in this Court.

4. The Debtor has selected the law firm of Levy, Levy & Levy, P.C., as its regulatory and real estate counsel because the firm has had considerable experience in matters of this nature and is familiar with the Debtor's operations and structure, and it believes that the firm is well qualified to represent it as debtor-in-possession in this case. The professional services that the firm of Levy, Levy & Levy, P.C., is to render to the Debtor include:

    a. Advising, assisting and representing Debtor concerning the legal intricacies of tax-exempt bonds, tax credits, HUD-insured or assisted housing programs; CalHFA and Cal MHP loans; CDBG, RDA, HOPE, and HOME grants and loans; and conventional and mixed mortgage financings on fee simple and leasehold interests; obtaining the various regulatory approvals required to allow the Debtor to be able to transfer its various partnership interests, including but not limited to, obtaining approvals from all regulatory, governmental and finance agencies, and any applicable lenders involved in such projects; and advising, assisting and representing Debtor regarding regulatory, real estate and governmental issues involved Debtor's current interest in various real estate projects, including the sale of any of Debtor's property and the sale of Debtor's partnership interests in various real estate projects.

5. It is necessary for Debtor, as debtor-in-possession, to employ an attorney to perform such professional services.

6. To the best of Debtor's knowledge, the law firm of Levy, Levy & Levy, P.C., does not have any connection with the creditors or any other party in interest in this matter, or their respective attorneys or accountants, or the United States Trustee, or any person employed in the office of the United States Trustee, and represent no interest adverse to the estate in the matters upon which it is to be retained.

7. The Debtor has conferred with, and now desires to retain and employ the firm of Levy, Levy & Levy, P.C., as its regulatory and real estate counsel to perform all of the above-described services necessary and desirable in the administration of its estate on an hourly rate basis at the hourly rate of $375 per hour. A copy of the written fee agreement is attached hereto as Exhibit B.

8. The firm's billing rates are subject to change from time to time as circumstances warrant. Further, such arrangement is subject to possible changes under Bankruptcy Code §328(a). Compensation for services rendered and reimbursement for expenses incurred are to be paid as allowed by the court after notice and a hearing.

9. The law firm of Levy, Levy & Levy, P.C., represents no interest adverse to the Debtor as debtor-in-possession, or to the estate, in the matters upon which it is to be engaged, and its employment would be to the best interest of this estate.

**WHEREFORE**, the Debtor prays that it be authorized to employ and appoint the law firm of Levy, Levy & Levy, P.C., effective March 5, 2009, on an hourly rate basis on the terms set forth herein to represent it as its regulatory and real estate counsel in this case under Chapter 11 of the Bankruptcy Code and that it be granted such other and further relief as is just.

Dated: March 13, 2008                                      A.F. EVANS COMPANY, INC.,

                                                           By: Rick Bell /s/

Vice President and Chief Investment Officer

# EXHIBIT "A"

# LEVY, LEVY &LEVY, P.C.

# HOURLY RATE SCHEDULE - 2009

| Attorney Name | Atty. Code | Hourly Rate |
|---|---:|---:|
| Mark Levy | 1 | $375 |
| Lawrence Levy | 2 | $375 |
| Paul Renno | 3 | $375 |

# DECLARATION OF SERVICE

I, the undersigned, declare:

I am employed in the City of Oakland, County of Alameda, California. I am over the age of 18 years and not a party to this action. My business address is 1999 Harrison Street, Suite 2675, Oakland, California 94612.

I am readily familiar with the business practices of my employer, Kornfield, Nyberg, Bendes & Kuhner, P.C., for the collection and processing of correspondence for mailing with the United States Postal Service and that correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On March 18 , 2009, I served the following document(s):

**APPLICATION FOR APPOINTMENT OF REAL ESTATE AND REGULATORY COUNSEL FOR CHAPTER 11 DEBTOR AND DEBTOR-IN-POSSESSION; DECLARATION OF MARK LEVY IN SUPPORT OF APPLICATION FOR APPOINTMENT OF REAL ESTATE AND REGULATORY COUNSEL FOR CHAPTER 11 DEBTOR AND DEBTOR-IN-POSSESSION; AND [PROPOSED] ORDER AUTHORIZING EMPLOYMENT OF REAL ESTATE AND REGULATORY COUNSEL**

by placing copies of said document(s) in sealed envelope(s) and served in the manner or manners described below addressed as follows:

U.S. Trustee
1301 Clay Street, Suite 690N
Oakland, CA 94612-5202

I placed such envelope(s) for collection and mailing at my employer's office following ordinary business practices, addressed to the addressee(s) designated.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of March, 2009 at Oakland, California.

                                           Jennifer Coogan /s/