# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–4 | User: vbadea | Date Created: 3/31/2009 |
| Case: 09–41727 | Form ID: pdfeoc | Total: 6 |

**Recipients of Notice of Electronic Filing:**
ust       Office of the U.S. Trustee/Oak       USTPRegion17.OA.ECF@usdoj.gov
aty       Eric A. Nyberg       e.nyberg@kornfieldlaw.com
aty       Frank T. Pepler       fpepler@peplermastromonaco.com
aty       Robert B. Kaplan       rbk@jmbm.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty       Alan M. Feld       Manatt, Phelps and Phillips       11355 W Olympic Blvd.       Los Angeles, CA 90064–1614
9805137       Rich Bell       1000 Broadway       Oakland, CA 94607

TOTAL: 2