Entered on Docket
April 09, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: April 09, 2009

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge
_____

ERIC A. NYBERG, ESQ.
(Bar No. 131105)
CHARLES N. BENDES, ESQ.
(Bar No. 70126)
CHRIS D. KUHNER, ESQ.
(Bar No. 173291)
KORNFIELD, NYBERG,
BENDES & KUHNER, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669

Attorneys for A.F. Evans Company, Inc., Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| In re<br><br>A.F. EVANS COMPANY, INC.,<br><br>                        Debtor. | Case No. 09-41727 EDJ<br><br>Chapter 11<br>ORDER GRANTING MOTION TO SELL AND ASSIGN PARTNERSHIP INTEREST<br><br>Date: April 2, 2009<br>Time: 2:30 p.m.<br>Place: Courtroom 215 |
|---|---|

      The Motion to Sell and Assign Partnership ("the Motion") filed by A.F. Evans Company, Inc., Debtor and Debtor in Possession in the above-referenced Chapter 11 bankruptcy case ("the Debtor"), came on for a hearing in the courtroom of the Honorable Edward D. Jellen at the above date and time. All appearances were made on the record. The court having considered the Motion, the objection filed by MMA Pioneer Park Plaza, LLC's f/k/a Lend Lease Pioneer Plaza, LLC's Opposition to A.F. Evans Company's Motion to Sell and Assign Partnership Interest and the Objection of the Official Committee of Unsecured Creditors to Debtor's Motion to Sell and Assign Partnership Interest and good cause appearing therefor;

**IT IS HEREBY ORDERED** that the Motion is granted to the extent it pertains to the sale of the Debtor's interests in AFE-Pioneer Associates, LP ("AFE-Pioneer") and the Debtor is authorized to sell its interest in AFE-Pioneer to the Reliant Group pursuant to the terms set forth in the Motion subject to any and all of MMA Pioneer Park Plaza LLC's f/k/a Lend Lease Pioneer Plaza, LLC's consent rights that may exist by contract or operation of law.
.

**IT IS FURTHER ORDERED** that their First Amended and Restated Agreement of their Limited Partnership related to AFE-Pioneer shall, upon closing, be assumed by the Debtor then assigned to Buyer pursuant to 11 U.S.C.§365. The assumption and assignment of AFE-Pioneer is subject to any and all of MMA Pioneer Park Plaza LLC's f/k/a Lend Lease Pioneer Plaza, LLC's consent rights that may exist by contract or operation of law.

**IT IS FURTHER ORDERED** that the lien of City National Bank ("CNB") shall attach to the sale proceeds to the same extent and priority as CNB's prepetition security interests in the Debtor's interests in AFE-Pioneer. Prior to April 24, 2009, the Debtor shall retain and shall not distribute or disburse to CNB or to any other party that 87.5% portion of the sale proceeds to which CNB would be entitled under the terms of the Stipulation Regarding Cash Collateral and Adequate Protection between the Debtor and CNB. Unless the Official Committee of Unsecured Creditors has filed a pleading in this case by April 23, 2009, asserting a defect in CNB's lien rights in the Debtor's interests in AFE-Pioneer (such assertion to be based on the merits and not on the basis of a lack of time or lack of information), then on April 24, 2009 (or, if later, promptly upon the Debtor's receipt of sale proceeds), the Debtor shall remit 87.5% of the sale proceeds to CNB. In the event the Committee asserts a defect in CNB's lien rights, then, the sole grounds upon which all or any portion of the 87.5% portion of sale proceeds may ultimately be withheld from CNB

**Kornfield, Nyberg, Bendes & Kuhner, P.C.**
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

shall be on the basis of an alleged defect in CNB's lien rights and not on alternative grounds such as that CNB is adequately protected without receiving such proceeds.

**IT IS FURTHER ORDERED** that the Motion is continued for further hearing on April 23, 2009, at 2:30 p.m., to the extent the Motion relates to the Debtor's sale of its interests in Bigby Associates, LP and Charter Oaks Associates, LP.

Approved as to form:

<u>Todd Toral /s/</u>
Todd Toral, Esq.
Attorneys for Creditor
MMA Pioneer Park Plaza, LLC f/k/a
Lend Lease Pioneer Plaza, LLC


<u>Maxim B. Litvak /s/</u>
Maxim B. Litvak, Esq.
Pachulski, Stang, Ziehl & Jones
Attorneys for Official Unsecured Creditors Committee


<u>T. Scott Bucey /s/</u>
T. Scott Bucey, Esq.
PeplerMastromonaco, LLP
Attorneys for City National Bank

**\*\*\*END OF ORDER\*\*\***

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

1   COURT SERVICE LIST

2   U.S. Trustee
     1301 Clay Street, Ste. 690N
3   Oakland, CA 94612

4   Chris Kuhner
     Kornfield, Nyberg, Bendes & Kuhner, P.C.
5   1999 Harrison St., Ste. 2675
     Oakland, CA 94612

7   Richard A. Bell
     A.F. Evans Company, Inc.
     1000 Broadway, Ste. 300
8   Oakland, CA 94607

9   Frank T. Pepler
     PeplerMastromonaco, LLP
10  100 First Street, 25th Floor
     San Francisco, CA 94105

12  Robert Kaplan
     2 Embarcadero Center, 5th Floor
     San Francisco, CA 94111

13  Alan M. Feld
14  Manatt, Phelps & Phillips LLP
     11355 W. Olympic Blvd.
15  Los Angeles, CA 90064

16  Maxim B. Litvak
     Pachulski, Stang, Ziehl & Jones
17  150 California Street, 15th Floor
     San Francisco, CA 94111

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669