# Notice Recipients

District/Off: 0971–4          User: jwakerlin          Date Created: 4/9/2009
Case: 09–41727              Form ID: pdfeoc          Total: 7

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee/Oak          USTPRegion17.OA.ECF@usdoj.gov
aty     Chris D. Kuhner          c.kuhner@kornfieldlaw.com
aty     Frank T. Pepler          fpepler@peplermastromonaco.com
aty     Maxim B. Litvak          mlitvak@pszjlaw.com
aty     Robert B. Kaplan          rbk@jmbm.com

                                                                 TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      A.F.Evans Company, Inc.          1000 Broadway, Ste 300          Oakland, CA 94607
aty     Alan M. Feld          Manatt, Phelps and Phillips          11355 W Olympic Blvd.          Los Angeles, CA 90064–1614

                                                                 TOTAL: 2