A F Evans Company, Inc.  Monthly Cash Flow  2009          4/15/2009  2:15 PM
as of:    Wednesday, April 15, 2009

|  |  | Apr-09 | May-09 | Jun-09 |
|---|---|---:|---:|---:|
|  | **SUMMARY WITHOUT ASSET SALES:** |  |  |  |
| 1 | Beginning Cash Per Books | 256,593 | 246,414 | 35,917 |
| 2 | Total Revenue ( Monthly & Non Recurring) | 2,513,245 | 2,076,932 | 2,617,791 |
| 3 | Total Critical Disbursements | (2,523,424) | (2,287,429) | (2,152,573) |
| 4 | **Ending Cash (Deficit) Balance** | 246,414 | 35,917 | 501,135 |
|  | *Beginning and ending balance check* | 0 | 0 | 0 |
|  | **RECURRING CORPORATE RECEIPTS:** |  |  |  |
| 5 | Inter-Company Receivables | 405,265 | 405,266 | 468,208 |
| 6 | Development Fees - Recurring Monthly | 45,000 | 0 | 0 |
| 7 | Estimated Site Payroll Reimbursement Receipts | 1,474,000 | 1,474,000 | 1,474,000 |
| 8 | Miscellaneous reimbursements | 71,054 | 37,666 | 21,666 |
| 9 | Property Distributions - Based on 2008 cf | 172,511 | 0 | 0 |
| 10 | Property Distributions - Based on 2009 cf | 172,036 | 70,000 | 0 |
| 11 | **Total Monthly Recurring Revenue** | 2,339,866 | 1,986,932 | 1,963,874 |
| 12 | **CRITICAL CORPORATE DISBURSEMENTS:** |  |  |  |
| 13 | Payroll | (765,249) | (376,560) | (371,431) |
| 14 | Estimated Site Payroll Distbursements | (1,474,000) | (1,474,000) | (1,474,000) |
| 15 | Corporate operating expenses | (91,475) | (122,741) | (101,793) |
| 16 | Rent - Oakland- Seattle-Turk Street | (6,675) | (6,285) | (6,285) |
| 17 | Insurance | (5,948) | (7,505) | (7,505) |
| 18 | Taxes | (4,000) | 0 | 0 |
| 19 | US Trustee quartely fee | 0 | (13,000) | 0 |
| 20 | Legal - FBM & KNBK | 0 | (30,000) | (30,000) |
| 21 | Professional fees for annual audit and tax return | 0 | 0 | 0 |
| 22 | Property Advances | (57,500) | (51,454) | (30,476) |
| 23 | Corporate debt service - CNB Interest only | 0 | (60,000) | (60,000) |
| 24 | CP III debt service - principal | (6,000) | (6,000) | (6,000) |
| 25 | Creditor Committee - Legal | (25,000) | (20,000) | (15,000) |
| 26 | 55 Laguna entitlement costs | (13,000) | (13,000) | (13,000) |
| 27 | Pine & Franklin Equity contribution | (9,997) | (10,000) | (10,000) |
| 28 | Contingency Reserve | (15,000) | (15,000) | (15,000) |
| 29 | Other | (25,166) | (42,083) | (1,083) |
| 30 | Consulting | (24,414) | (39,800) | (11,000) |
| 31 | **Total Critical Corporate Expenses** | (2,523,424) | (2,287,429) | (2,152,573) |
| 32 |  |  |  |  |
| 33 | **Cumulative Recurring Cash (Deficit) before receviables** | 72,534 | (227,963) | (416,662) |
|  | **NON RECURRING REVENUE - Receivables** |  |  |  |
| 34 | 888 Seventh (King St) | 166,179 | 0 | 0 |
| 35 | AFE Golden | 0 | 90,000 | 0 |
| 36 | Parkview Terraces | 0 | 0 | 153,917 |
| 37 | Ping Yuen | 0 | 0 | 500,000 |
| 38 | Villa Mirage | 0 | 0 | 0 |
| 39 | Yakima (Maple Leaf) | 7,200 | 0 | 0 |
| 40 | Other Miscellaneous Reimbursements - Development | 0 | 0 | 0 |
| 41 | Net Proceeds from Sale of GP Interests | 0 | 0 | 0 |
| 42 | **Total Non Recurring Revenue - Receivables** | 173,379 | 90,000 | 653,917 |
| 43 |  |  |  |  |
| 44 | **Cumulative Recurring Cash (Deficit) after receviables** | 246,414 | 35,917 | 501,135 |
|  |  | 0 | 0 | 0 |

Case: 09-41727    Doc# 105-1    Filed: 04/16/09    Entered: 04/16/09 10:10:10    Page 1 of 1

*Proof*