# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–4 | User: lblue | Date Created: 4/29/2009 |
| Case: 09–41727 | Form ID: pdfeoc | Total: 6 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |
| aty | Eric A. Nyberg | e.nyberg@kornfieldlaw.com |
| aty | Frank T. Pepler | fpepler@peplermastromonaco.com |
| aty | Robert B. Kaplan | rbk@jmbm.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

aty     Alan M. Feld     Manatt, Phelps and Phillips     11355 W Olympic Blvd.     Los Angeles, CA 90064–1614
       Richard A. Bell, Executive Vice President     A.F. Evans Company, Inc.     1000 Broadway, Suite 300     Oakland, CA 94607

TOTAL: 2