ERIC A. NYBERG, ESQ. (Bar No. 131105)
CHARLES N. BENDES, ESQ. (Bar No. 70126)
CHRIS D. KUHNER, ESQ. (Bar No. 173291)
KORNFIELD, NYBERG, BENDES & KUHNER, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669

Attorneys for A.F. Evans Company, Inc., Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re**<br>**A.F. EVANS COMPANY, INC.,**<br>　　　　　　　　　　　　　　Debtor. | Case No. 09-41727 EDJ<br>Chapter 11<br>**APPLICATION FOR EMPLOYMENT OF ACCOUNTANT** |

**TO: THE HONORABLE EDWARD D. JELLEN, UNITED STATES BANKRUPTCY JUDGE:**

The application of A. F. Evans Company, Inc., (the "Debtor") represents:

1.　On March 5, 2009, the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Code").

2.　Since the time its Chapter 11 petition was filed, the Debtor has continued in possession of its property.

3.　The Debtor wishes to employ the accounting firm of Kawamoto, Weil & Company as its accounting firm.

4.　The Debtor has selected the accounting firm of Kawamoto, Weil & Company as its accountant because the firm has had considerable experience in matters of this nature and is familiar with the Debtor's operations and structure, and it believes that the firm is well qualified to

represent it as debtor-in-possession in this case. The professional services that the accounting firm of Kawamoto, Weil & Company is to render to the Debtor include:

    a. Preparing the Federal and California corporate tax returns including, detailed work due to the various numerous partnership investments and reporting tracking built in gain transactions;

    b. Assisting and monitoring the tax impact of transitioning from an S corporation to a C corporation, assisting with general accounting issues, regarding specific transactions relating to the Debtor's various assets.

5. It is necessary for Debtor, as debtor-in-possession, to employ an accountant to perform such professional services.

6. To the best of Debtor's knowledge, the accounting firm of Kawamoto, Weil & Company, does not have any connection with the creditors or any other party in interest in this matter, or their respective attorneys or accountants, or the United States Trustee, or any person employed in the office of the United States Trustee, and represent no interest adverse to the estate in the matters upon which it is to be retained.

7. The Debtor has conferred with, and now desires to retain and employ the accounting firm of Kawamoto, Weil & Company as its accountant to perform all of the above-described services necessary and desirable in the administration of its estate on an hourly rate basis at the hourly rate from $135 for senior accountants to $225 for principal per hour. A copy of the written fee agreement is attached hereto as Exhibit B.

8. The firm's billing rates are subject to change from time to time as circumstances warrant. Further, such arrangement is subject to possible changes under Bankruptcy Code §328(a). Compensation for services rendered and reimbursement for expenses incurred are to be paid as allowed by the court after notice and a hearing.

9. The accounting firm of Kawamoto, Weil & Company represents no interest adverse to the Debtor as debtor-in-possession, or to the estate, in the matters upon which it is to be engaged, and its employment would be to the best interest of this estate.

**WHEREFORE**, the Debtor prays that it be authorized to employ and appoint the accounting firm of Kawamoto, Weil & Company effective March 5, 2009, on an hourly rate basis on the terms set forth herein, and that it be granted such order and further relief as is just.

Dated: April 22, 2009                         A.F. EVANS COMPANY, INC.,

By: Rick Bell /s/
Executive Vice President, Chief Investment Officer

**Kornfield, Nyberg, Bendes & Kuhner, P.C.**
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

# DECLARATION OF SERVICE

I, the undersigned, declare:

I am employed in the City of Oakland, County of Alameda, California. I am over the age of 18 years and not a party to this action. My business address is 1999 Harrison Street, Suite 2675, Oakland, California 94612.

I am readily familiar with the business practices of my employer, Kornfield, Nyberg, Bendes & Kuhner, P.C., for the collection and processing of correspondence for mailing with the United States Postal Service and that correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On April 30, 2009, I served the following document(s):

**APPLICATION FOR EMPLOYMENT OF ACCOUNTANT**
**DECLARATION OF KEN KAWAMOTO**
**ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTING FIRM**

by placing copies of said document(s) in sealed envelope(s) and served in the manner or manners described below addressed as follows:

U.S. Trustee
1301 Clay Street, Suite 690N
Oakland, CA 94612-5202

I placed such envelope(s) for collection and mailing at my employer's office following ordinary business practices, addressed to the addressee(s) designated.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of April, 2009 at Oakland, California.

Jennifer Coogan /s/