1  Maxim B. Litvak (CA Bar No. 215852)
   Pamela E. Singer (CA Bar No. 224758)
2  PACHULSKI STANG ZIEHL & JONES LLP
   150 California Street, 15th Floor
3  San Francisco, California 94111-4500
   Telephone: 415/263-7000
4  Facsimile: 415/263-7010
   E-mail: mlitvak@pszjlaw.com
5          psinger@pszjlaw.com

6  Attorneys for the Official Committee of Unsecured
   Creditors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>A.F. Evans Company, Inc.,<br><br>             Debtor. | Case No.: 09-41727-EDJ<br><br>Chapter 11<br><br>**DECLARATION OF MAXIM B. LITVAK IN SUPPORT OF OBJECTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DISTRIBUTION OF SALE PROCEEDS TO CITY NATIONAL BANK**<br><br>*[No Hearing Requested]* |

I, Maxim B. Litvak, declare as follows:

1. I am a partner of Pachulski Stang Ziehl & Jones LLP, counsel to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned case. I submit this Declaration in support of the *Objection of Official Committee of Unsecured Creditors to Distribution of Sale Proceeds to City National Bank* (the "Objection"). Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Objection. I have personal knowledge of the facts set forth herein and, if called as a witness, I would and could competently testify thereto.

2. The Committee has submitted the Objection in connection with the Court's *Order Granting Motion to Sell and Assign Partnership Interest* (the "Sale Order"), entered on April 9, 2009, pursuant to which the Court authorized the Debtor to sell (the "Sale") its general partnership

interest in AFE-Pioneer Associates, LP ("AFE-Pioneer"). As part of the Sale Order, the Debtor is required to immediately remit 87.5% of the proceeds of the Sale to CNB, unless the Committee timely raises a defect in CNB's asserted security interests. The Committee's deadline to object was extended by stipulation of the parties and order of the Court to May 5, 2009.

3. I am informed that the sale of the Debtor's general partnership interest in AFE-Pioneer has not yet closed and remains pending. There are no other sales that have been approved by the Court to date.

4. On August 9, 2004, CNB filed a UCC Financing Statement (the "Original Financing Statement") with the California Secretary of State (the "Secretary"). A true and copy of the Original Financing Statement is attached hereto as **Exhibit A**.

5. Based on information provided by the Debtor and CNB, in January 2009, the Debtor sold its general partnership interests in Westgate Housing Associates L.P. ("Westgate") and Greenery Housing Associates, L.P. ("Greenery").

6. On January 8, 2009, Rick Bell, an officer of the Debtor, sent an email to CNB attaching proposed releases of CNB's security interests in Westgate and Greenery and escrow instructions with respect to the contemplated sales of such assets. A true and copy of this email is attached hereto as **Exhibit B**.

7. Subsequently, I am informed that CNB delivered correspondence to First American (these documents were also addressed to the Debtor) confirming that CNB would release its security interests in Westgate and Greenery upon payment of the purchase price from the pending sales of these assets. A true and correct copy of this correspondence is attached hereto as **Exhibit C**.

8. CNB has informed the Committee that amended financing statements, in the form attached hereto as **Exhibit D,** were also provided by CNB to First American.

9. On January 28, 2009, two UCC Financing Statement Amendments (the "Termination Statements") referencing the Original Financing Statement were filed with the Secretary. A true and correct copy of both Termination Statements is attached hereto as **Exhibit E**.

///

///

10.     The Termination Statements were duly recorded by the Secretary as having terminated the Original Financing Statement.  A true and copy of pertinent excerpts of the summary of UCC filings recorded by the Secretary against the Debtor is attached hereto as **Exhibit F**.

11.     On February 6, 2009, CNB filed two additional UCC Financing Statement Amendments (the "Correction Statements").  A true and correct of the Correction Statements are attached hereto as **Exhibit G**.

To the best of my knowledge, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of May 2009, at San Francisco, California.


*/s/ Maxim B. Litvak*
Maxim B. Litvak