# Exhibit B

## Pamela Singer

| | |
|---|---|
| **To:** | Pamela Singer |
| **Subject:** | FW: A.F. Evans Company Ca UCC3.pdf |
| **Importance:** | High |
| **Attachments:** | Greenery CNB.pdf; Westgate CNB.pdf; Greenery Housing UCC3.pdf; Westgate Housing Ca UCC3.pdf |

---

**From:** McDermott, Jerry [mailto:Jerry.McDermott@cnb.com]
**Sent:** Thursday, January 08, 2009 2:23 PM
**To:** Frank Pepler
**Subject:** FW: A.F. Evans Company Ca UCC3.pdf
**Importance:** High

Please review and advise

Jerry McDermott
City National Bank
555 South Flower Street, 16th floor
Los Angeles, CA 90071
213-673-8928
Fax 213-673-8958

**This message is intended only for the use of the addressee and may contain confidential, privileged information. If you are not the intended recepient, you may not use, copy or disclose any information contained in the message. If you have received this message in error, please notify the sender by reply e-mail and delete the message.**
-----Original Message-----

**From:** Rick Bell - Corporate [mailto:rbell@afevans.com]
**Sent:** Thursday, January 08, 2009 2:11 PM
**To:** McDermott, Jerry
**Cc:** Natalia Williams - AF Evans Development, Inc.; Renée Stenesen; MLewis@fbm.com
**Subject:** FW: A.F. Evans Company Ca UCC3.pdf
**Importance:** High

Jerry attached are UCC releases and escrow instructions for Greenery and Westgate. We have separated them in case the closings are not simultaneous. At this point it looks like both will close tomorrow.

Please sign and submit to Renee at First American. Thank you.

Rick Bell
AF Evans Company, Inc
1000 Broadway, Suite 300
Oakland, CA 94607
Ph: 510.267.4682
Fx: 510.891.9004
rbell@afevans.com
www.afevans.com

January 8, 2009

AF Evans Company, Inc.  
1000 Broadway, Suite 300  
Oakland CA 94607  
Attn: Rick Bell

First American Title Insurance Company  
1737 North First Street, Suite 100  
San Jose, CA 95112  
Attn: Renee Stevensen

Re: Sale of General Partner Interests in Greenery Housing Associates, L.P by AF Evans Company, Inc. ("**Debtor**")

Dear Mr Bell and Ms Stevensen.

Effective upon the receipt by First American Title Insurance Company (the "**Title Company**") of the purchase price for the above-referenced sale and the Title Company's confirmation to the undersigned that it is prepared to close such sale and in connection therewith deliver $37,500 to the account of City National Bank as set forth in Exhibit A, City National Bank hereby releases all of its right, title and interest in the property described on Exhibit B and authorizes the filing of appropriate amendments to UCC Financing Statement No. 04-1000359638, filed with the Secretary of the State of California.

The Reliant Group, a California corporation, may rely upon the release and authorization set forth in this letter.

This letter shall be void and of no further effect if the above-referenced sale has not closed before the close of business on January 14, 2009.

CITY NATIONAL BANK

By _____

Its: _____

22149\1834631 1

# EXHIBIT A

# WIRING INSTRUCTIONS

22149\1834631 1

EXHIBIT B

All of the right, title and interest of Debtor and Debtor's affiliates in and to cash flow and other distributions, capital profits and losses, tax credits, and otherwise in and to Greenery Housing Associates, L.P., a California limited partnership, and Westgate Housing Associates, L.P., a California Limited partnership (collectively, the "**Partnerships**"), including but not limited to all allocations and distributions, all management, voting and other rights under any organizational and operational agreements, and all rights to any receivables relating to The Greenery apartment project in Woodland, California or the Westgate Gardens apartment project in Fresno, California or the Partnerships, including but not limited to deferred development fees, management fees, incentive management fees, fees payable under any real service agreements (except for current liabilities (less than 30 days old) owed to Evans Property Management, Inc. in its capacity as property management aged for the Projects), partnership service agreements, or real estate brokerage agreements, member loans, voluntary loans, operating deficit loans, development deficit loans, credit adjustment notes, refunds of taxes, insurance, or any other overpayments made intentionally or unintentionally in any periods prior to January 8, 2009, and any other such receivables.

22149\1834631 1

January 8, 2009

AF Evans Company, Inc.  
1000 Broadway, Suite 300  
Oakland CA 94607  
Attn: Rick Bell

First American Title Insurance Company  
1737 North First Street, Suite 100  
San Jose, CA 95112  
Attn: Renee Stevensen

Re: Sale of General Partner Interests in Westgate Housing Associates L.P. by AF Evans Company, Inc. ("**Debtor**")

Dear Mr. Bell and Ms Stevensen:

Effective upon the receipt by First American Title Insurance Company (the "**Title Company**") of the purchase price for the above-referenced sale and the Title Company's confirmation to the undersigned that it is prepared to close such sale and in connection therewith deliver $37,500 to the account of City National Bank as set forth in Exhibit A, City National Bank hereby releases all of its right, title and interest in the property described on Exhibit B and authorizes the filing of appropriate amendments to UCC Financing Statement No. 04-1000359638, filed with the Secretary of the State of California.

The Reliant Group, a California corporation, may rely upon the release and authorization set forth in this letter.

This letter shall be void and of no further effect if the above-referenced sale has not closed before the close of business on January 14, 2009

CITY NATIONAL BANK

By _____

Its: _____

22149\1834631 1

# EXHIBIT A

## WIRING INSTRUCTIONS

22149\1834631 1

EXHIBIT B

All of the right, title and interest of Debtor and Debtor's affiliates in and to cash flow and other distributions, capital profits and losses, tax credits, and otherwise in and to Greenery Housing Associates, L.P., a California limited partnership, and Westgate Housing Associates, L.P., a California Limited partnership (collectively, the "**Partnerships**"), including but not limited to all allocations and distributions, all management, voting and other rights under any organizational and operational agreements, and all rights to any receivables relating to The Greenery apartment project in Woodland, California or the Westgate Gardens apartment project in Fresno, California or the Partnerships, including but not limited to deferred development fees, management fees, incentive management fees, fees payable under any real service agreements (except for current liabilities (less than 30 days old) owed to Evans Property Management, Inc. in its capacity as property management aged for the Projects), partnership service agreements, or real estate brokerage agreements, member loans, voluntary loans, operating deficit loans, development deficit loans, credit adjustment notes, refunds of taxes, insurance, or any other overpayments made intentionally or unintentionally in any periods prior to January 8, 2009, and any other such receivables.

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

A.F. Evans Company, Inc.
1000 Broadway, Suite 300
Oakland, CA 94607

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
04-1000359638

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 7d. SEE INSTRUCTIONS / ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☑ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

All of the right, title and interest of Debtor and Debtor's affiliates in and to cash flow and other distributions, capital profits and losses, tax credits, and otherwise in and to Greenery Housing Associates, L.P., a California limited partnership, including but not limited to all allocations and distributions, all management, voting and other rights under any organizational and operational agreements, and all rights to any receivables relating to The Greenery apartment project in Woodland, California, including but not limited to deferred development fees, management fees, incentive management fees, fees payable under any real service agreements (except for current liabilities (less than 30 days old) owed to Evans Property Management, Inc. in its capacity as property management aged for the Project), partnership service agreements, or real estate brokerage agreements, member loans, voluntary loans, operating deficit loans, development deficit loans, credit adjustment notes, refunds of taxes, insurance, or any other overpayments made intentionally or unintentionally in any periods prior to January 8, 2009, and any other such receivables.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| City National Bank | | | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

████████
████████
████████
████████

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

A.F. Evans Company, Inc.
1000 Broadway, Suite 300
Oakland, CA 94607

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
04-1000359638

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE POSTAL CODE | COUNTRY |
| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE): check only one box.**
Describe collateral ☑ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

All of the right, title and interest of Debtor and Debtor's affiliates in and to cash flow and other distributions, capital profits and losses, tax credits, and otherwise in and to Westgate Housing Associates, L.P., a California Limited partnership, including but not limited to all allocations and distributions, all management, voting and other rights under any organizational and operational agreements, and all rights to any receivables relating to Westgate Gardens apartment project in Fresno, California, including but not limited to deferred development fees, management fees, incentive management fees, fees payable under any real service agreements (except for current liabilities (less than 30 days old) owed to Evans Property Management, Inc. in its capacity as property management aged for the Project), partnership service agreements, or real estate brokerage agreements, member loans, voluntary loans, operating deficit loans, development deficit loans, credit adjustment notes, refunds of taxes, insurance, or any other overpayments made intentionally or unintentionally in any periods prior to January 8, 2009, and any other such receivables.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| City National Bank | | | |
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)