# Exhibit C

January 8, 2009

AF Evans Company, Inc.　　　　　　　　　First American Title Insurance Company
1000 Broadway, Suite 300　　　　　　　　1737 North First Street, Suite 100
Oakland CA 94607　　　　　　　　　　　　San Jose, CA 95112
Attn: Rick Bell　　　　　　　　　　　　　Attn: Renee Stevensen

Re:　Sale of General Partner Interests in Greenery Housing Associates, L P by AF Evans Company, Inc. ("**Debtor**")

Dear Mr Bell and Ms Stevensen,

Effective upon the receipt by First American Title Insurance Company (the "**Title Company**") of the purchase price for the above-referenced sale and the Title Company's confirmation to the undersigned that it is prepared to close such sale and in connection therewith deliver $37,500 to the account of City National Bank as set forth in Exhibit A, City National Bank hereby releases all of its right, title and interest in the property described on Exhibit B and authorizes the filing of appropriate amendments to UCC Financing Statement No. 04-1000359638, filed with the Secretary of the State of California.

The Reliant Group, a California corporation, may rely upon the release and authorization set forth in this letter.

This letter shall be void and of no further effect if the above-referenced sale has not closed before the close of business on January 14, 2009.

　　　　　　　　　　　　　　　　　CITY NATIONAL BANK

　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　Its: _____

22149\1834631 1

Case: 09-41727    Doc# 133-4    Filed: 05/05/09    Entered: 05/05/09 16:01:42    Page 2 of 7

# EXHIBIT A

## WIRING INSTRUCTIONS

22149\1834631 1

EXHIBIT B

All of the right, title and interest of Debtor and Debtor's affiliates in and to cash flow and other distributions, capital profits and losses, tax credits, and otherwise in and to Greenery Housing Associates, L.P., a California limited partnership, and Westgate Housing Associates, L.P., a California Limited partnership (collectively, the "**Partnerships**"), including but not limited to all allocations and distributions, all management, voting and other rights under any organizational and operational agreements, and all rights to any receivables relating to The Greenery apartment project in Woodland, California or the Westgate Gardens apartment project in Fresno, California or the Partnerships, including but not limited to deferred development fees, management fees, incentive management fees, fees payable under any real service agreements (except for current liabilities (less than 30 days old) owed to Evans Property Management, Inc. in its capacity as property management aged for the Projects), partnership service agreements, or real estate brokerage agreements, member loans, voluntary loans, operating deficit loans, development deficit loans, credit adjustment notes, refunds of taxes, insurance, or any other overpayments made intentionally or unintentionally in any periods prior to January 8, 2009, and any other such receivables.

22149\1834631 1

January 8, 2009

AF Evans Company, Inc.　　　　　　　First American Title Insurance Company
1000 Broadway, Suite 300　　　　　　1737 North First Street, Suite 100
Oakland CA 94607　　　　　　　　　　San Jose, CA 95112
Attn: Rick Bell　　　　　　　　　　　　Attn: Renee Stevensen

> Re: Sale of General Partner Interests in <u>Westgate Housing Associates L.P. by AF Evans Company, Inc.</u> ("**Debtor**")

Dear Mr. Bell and Ms Stevensen:

Effective upon the receipt by First American Title Insurance Company (the "**Title Company**") of the purchase price for the above-referenced sale and the Title Company's confirmation to the undersigned that it is prepared to close such sale and in connection therewith deliver $37,500 to the account of City National Bank as set forth in <u>Exhibit A</u>, City National Bank hereby releases all of its right, title and interest in the property described on <u>Exhibit B</u> and authorizes the filing of appropriate amendments to UCC Financing Statement No. 04-1000359638, filed with the Secretary of the State of California.

The Reliant Group, a California corporation, may rely upon the release and authorization set forth in this letter

This letter shall be void and of no further effect if the above-referenced sale has not closed before the close of business on January 14, 2009

　　　　　　　　　　　　　　　　　CITY NATIONAL BANK

　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　Its: _____VP_____

22149\1834631 1

EXHIBIT A

WIRING INSTRUCTIONS

22149\1834631 1

EXHIBIT B

All of the right, title and interest of Debtor and Debtor's affiliates in and to cash flow and other distributions, capital profits and losses, tax credits, and otherwise in and to Greenery Housing Associates, L.P., a California limited partnership, and Westgate Housing Associates, L.P., a California Limited partnership (collectively, the "**Partnerships**"), including but not limited to all allocations and distributions, all management, voting and other rights under any organizational and operational agreements, and all rights to any receivables relating to The Greenery apartment project in Woodland, California or the Westgate Gardens apartment project in Fresno, California or the Partnerships, including but not limited to deferred development fees, management fees, incentive management fees, fees payable under any real service agreements (except for current liabilities (less than 30 days old) owed to Evans Property Management, Inc. in its capacity as property management aged for the Projects), partnership service agreements, or real estate brokerage agreements, member loans, voluntary loans, operating deficit loans, development deficit loans, credit adjustment notes, refunds of taxes, insurance, or any other overpayments made intentionally or unintentionally in any periods prior to January 8, 2009, and any other such receivables.

22149\1834631 1