# Exhibit F



SECRETARY OF STATE
STATE OF CALIFORNIA

## Search Certificate

SEARCH REQUESTED ON:  04/22/2009
Organization Debtor: **A.F. EVANS**

Address: **NOT SPECIFIED**
Date Range From: **NOT SPECIFIED**
Search: **ALL**

**\* Indicates Filings that have been accepted after the Certification Date.**

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| 98-18861149 | Financing Statement | 07/06/1998 | 08:00 | 07/07/2008 | 1 |

**Debtor:**
Organization: A. F. EVANS COMPANY, INC.
2000 CROW CANYON PL STE 130, SAN RAMON CA USA, 94583

**Secured Party:**
Organization: REDWOOD BANK
735 MONTGOMERY ST, SAN FRANCISCO CA USA, 94111

| Amendment Filing # | Filing Type | File Date | File Time | # of Pages |
|---|---|---|---|---|
| 02-085C0135 | Termination | 03/25/2002 | 15:43 | 1 |
| 03-091C0290 | Continuation | 03/28/2003 | 17:00 | 1 |

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| 98-30060942 | Financing Statement | 10/20/1998 | 08:00 | 10/20/2013 | 1 |

**Debtor:**
Individual: EVANS ARTHUR F
2000 CROW CANYON PL, STE 130, SAN RAMON CA USA, 94583

Organization: A.F. EVANS COMPANY, INC.
2000 CROW CANYON PL, STE 130, SAN RAMON CA USA, 94583

**Secured Party:**
Organization: CITY NATIONAL BANK
831 SO DOUGLAS STREET STE#100, EL SEGUNDO CA USA, 90245

Continue

          1000 BROADWAY, SUITE 450, OAKLAND CA USA, 94607

**Organization:** APPIAN GROUP INVESTORS II, LLC
          617 LOCUST STREET, SAUSALITO CA USA, 94965

| Amendment Filing # | Filing Type | File Date | File Time | # of Pages |
|---|---|---|---|---|
| 04-70088132 | Termination | 12/17/2004 | 14:43 | 1 |

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| 04-17060445 | Financing Statement | 06/09/2004 | 17:00 | 06/09/2009 | 1 |

**Debtor:**
**Organization:** A.F. EVANS COMPANY, INC
          1000 BROADWAY #450, OAKLAND CA USA, 94607

**Secured Party:**
**Organization:** DELL FINANCIAL SERVICES, L.P.
          12234 N. IH-35, BLDG. B, AUSTIN TX USA, 78753

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| 04-20862098 | Financing Statement | 07/21/2004 | 17:00 | 07/21/2009 | 1 |

**Debtor:**
**Organization:** A.F. EVANS COMPANY, INC.
          1000 BROADWAY SUITE 450, OAKLAND CA USA, 94607

**Secured Party:**
**Organization:** KEY EQUIPMENT FINANCE, A DIVISION OF KEY CORPORATE CAPITAL INC.
          66 SOUTH PEARL STREET, ALBANY NY USA, 12207

| Amendment Filing # | Filing Type | File Date | File Time | # of Pages |
|---|---|---|---|---|
| 06-70653172 | Termination | 04/06/2006 | 12:35 | 1 |

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| 04-1000359638 | Financing Statement | 08/09/2004 | 13:48 | 08/09/2014 | 1 |

**Debtor:**
**Organization:** A. F. EVANS COMPANY, INC.
          1000 BROADWAY, SUITE 300, OAKLAND CA USA, 94607

Continue

**Debtor:**

**Organization:** A. F. EVANS COMPANY, INC.
1000 BROADWAY, SUITE 300, OAKLAND CA USA, 94807

A.F. EVANS COMPANY, INC.
1000 BROADWAY, SUITE 450, OAKLAND CA USA, 94607

**Secured Party:**

**Organization:** CITY NATIONAL BANK
150 CALIFORNIA STREET, 13TH FLOOR, SAN FRANCISCO CA USA, 94111

| Amendment Filing # | Filing Type | File Date | File Time | # of Pages |
|---|---|---|---|---|
| 05-70183972 | Amendment | 03/07/2005 | 17:00 | 1 |
| 05-70289249 | Amendment | 05/31/2005 | 17:00 | 1 |
| 08-71584853 | Amendment | 05/16/2008 | 16:30 | 1 |
| 08-71586037 | Amendment | 05/19/2008 | 12:59 | 2 |
| 08-71825079 | Amendment | 12/23/2008 | 12:12 | 1 |
| 09-71859849 | Termination | 01/28/2009 | 17:00 | 1 |
| 09-71859885 | Termination | 01/28/2009 | 17:00 | 1 |
| 09-71869602 | Amendment | 02/05/2009 | 12:29 | 1 |
| 09-71869896 | Amendment | 02/05/2009 | 17:01 | 1 |
| 09-71869898 | Amendment | 02/05/2009 | 17:03 | 1 |
| 09-71893021 | Continuation | 03/03/2009 | 09:51 | 1 |

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| 04-1000360044 | Financing Statement | 08/09/2004 | 13:48 | 08/09/2009 | 1 |

**Debtor:**

**Organization:** A. F. EVANS COMPANY, INC.
1000 BROADWAY, SUITE 300, OAKLAND CA USA, 94607

**Secured Party:**

**Organization:** CIVIC BANK OF COMMERCE
2101 WEBSTER STREET, 14TH FLOOR, OAKLAND CA USA, 94612

| Amendment Filing # | Filing Type | File Date | File Time | # of Pages |
|---|---|---|---|---|
| 06-70653168 | Termination | 04/06/2006 | 12:35 | 1 |

Continue

Total Pages: 169

The undersigned Filing Officer hereby certifies that the above listing is a record of all presently active financing statements, tax liens, attachment liens and judgement liens, including any change documents relating to them, which name the above debtor, subject to any above-stated search qualifiers and are on file in my office as of **04/19/2009 at 1700 hours**.

The search results herein reflect only the specific information requested. The results of this Debtor search will not reflect variances of this name. If the Debtor is known under other personal names, trade names, business entities, or addresses, separate searches of these names will have to be requested and conducted. The Secretary of State, his officers and agents disclaim any and all liability for claims resulting from other filings on which the name of the Debtor can be found in any other form than which was requested.

*[signature: Debra Bowen]*

Debra Bowen
Secretary of State