| | |
|---|---|
| 1 | Maxim B. Litvak (CA Bar No. 215852) |
| | Pamela E. Singer (CA Bar No. 224758) |
| 2 | PACHULSKI STANG ZIEHL & JONES LLP |
| | 150 California Street, 15th Floor |
| 3 | San Francisco, California 94111-4500 |
| | Telephone: 415/263-7000 |
| 4 | Facsimile: 415/263-7010 |
| | E-mail:mlitvak@pszjlaw.com |
| 5 |      psinger@pszjlaw.com |

Attorneys for the Official Committee of Unsecured Creditors

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| In re: | Case No.: 09-41727-EDJ |
|---|---|
| A.F. Evans Company, Inc., | Chapter 11 |
| Debtor | **CERTIFICATE OF SERVICE** |

# PROOF OF SERVICE

STATE OF CALIFORNIA )
)
COUNTY OF SAN FRANCISCO )

I, Kati L. Suk, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On May 5, 2009, I caused to be served the

**OBJECTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DISTRIBUTION OF SALE PROCEEDS TO CITY NATIONAL BANK**

**DECLARATION OF MAXIM B. LITVAK IN SUPPORT OF OBJECTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DISTRIBUTION OF SALE PROCEEDS TO CITY NATIONAL BANK**

by email or U.S. Mail as indicated on the attached service list:

*Please see attached Service List*

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☑ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on May 5, 2009, at San Francisco, California.

*Katherine Suk*
Katherine Suk

CERTIFICATE OF SERVICE
Case: 09-41727   Doc# 133-9   Filed: 05/05/09   Entered: 05/05/09 16:01:42   Page 2 of 5
60238-001\DOCS_SF:65305.1   1

# Service List

| VIA US MAIL | VIA EMAIL | VIA US MAIL |
|---|---|---|
| **Debtor**<br>A.F.Evans Company, Inc.<br>Attn: Richard A. Bell<br>Responsible Individual<br>1000 Broadway, Ste 300<br>Oakland, CA 94607 | **Counsel to the Debtor**<br>Chris D. Kuhner<br>Eric Nyberg<br>Kornfield, Nyberg, Bendes and Kuhner<br>1999 Harrison St. #2675<br>Oakland, CA 94612<br>Email: c.kuhner@kornfieldlaw.com<br>e.nyberg@kornfieldlaw.com | **Office of the U.S. Trustee/Oak**<br>Office of the U.S. Trustee<br>1301 Clay St. #690N<br>Oakland, CA 94612 |

### Secured Creditors

| | VIA US MAIL | VIA US MAIL |
|---|---|---|
| | Central Valley Community Bank<br>Attn: Pat Carment<br>60 W. 10th Street<br>Tracy, CA 95376 | City National Bank<br>Loan Center<br>PO Box 60938<br>Los Angeles, CA 90060-0938 |

| VIA US MAIL | VIA US MAIL | VIA US MAIL |
|---|---|---|
| CP III Evans LLC<br>1000 Sansome St. Ste 180<br>San Francisco, CA 94111 | Cushrex/Byron Park Investors LP<br>1801 Oakland Blvd. #200<br>Walnut Creek, CA 94596 | Heritage Bank of Commerce<br>150 Almaden Blvd.<br>San Jose, CA 95113 |

### Requests for Special Notice

| VIA EMAIL | VIA US MAIL | VIA US MAIL |
|---|---|---|
| **Attorneys for Donald Engle and Engle Development Services, Inc.**<br>William E. Adams<br>Quin E. Marshall<br>David C. Lee<br>Fitzgerald Abbott & Beardsley LLP<br>1221 Broadway, 21st Floor<br>Oakland, CA 94612<br>Email: wadams@fablaw.com<br>qmarshall@fablaw.com<br>dlee@fablaw.com | **Attorneys for Central Valley Community Bank**<br>Mark V. Isola, Esq.<br>Rehon & Roberts<br>10 Almaden Blvd., Suite 550<br>San Jose, CA 95113 | **Representative for tw telecom inc.**<br>Linda Boyle<br>tw telecom inc.<br>10475 Park Meadows Drive, #400<br>Littleton, CO 80124 |

| | | |
|---|---|---|
| **VIA EMAIL**<br><br>**Attorneys for Affordable Housing Eastshore Manor I, LLC; MMA Pioneer Plaza, LLC f/k/a Lend Lease Pioneer Park Plaza, LLC; Affordable Housing NORH I Housing, LLC; Affordable Housing Oak Center, LLC; and Affordable Housing Playa Del Alameda, LLC**<br>Todd C. Toral<br>Andrew R. Neilson<br>Gina M. Fornario<br>Nixon Peabody LLP<br>One Embarcadero Center, 18th Floor<br>San Francisco, CA 94111-3600<br>Email: ttoral@nixonpeabody.com<br>aneilson@nixonpeabody.com<br>gfornario@nixonpeabody.com | **VIA US MAIL**<br><br>**State of Washington**<br>Zachary Mosner<br>Assistant Attorney General<br>Bankruptcy & Collections Unit<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188 | **VIA EMAIL**<br><br>**Attorneys for U.S. Bank National Association**<br>Randy Rogers<br>Winston & Strawn LLP<br>101 California Street<br>San Francisco, CA 94111-5894<br>Email: rrogers@winston.com |
| **VIA EMAIL**<br><br>**Attorneys for CP III Evans, LLC**<br>Manatt, Phelps & Phillips, LLP<br>Attn: Alan Feld, Esq.<br>11355 West Olympic Boulevard<br>Los Angeles, CA 90064<br>Email: afeld@manatt.com | **VIA EMAIL**<br><br>**Attorneys for CP III Evans, LLC**<br>Manatt, Phelps & Phillips, LLP<br>Attn: Marv Pearlstein, Esq.<br>One Embarcadero Center, 30th Floor<br>San Francisco, CA 94111<br>Email: mpearlstein@manatt.com | **VIA EMAIL**<br><br>**Attorneys for MW Housing Partners III, L.P.**<br>Steven G. Polard<br>Perkins Coie LLP<br>1620 26th Street, 6th Floor<br>Santa Monica, CA 90404<br>Email: spolard@perkinscoie.com |
| **VIA US MAIL**<br><br>**MW Housing Partners III, L.P.**<br>Lorrie Scott<br>Senior Vice President & General Counsel<br>Weyerhaeuser Realty Investors<br>1301 5th Avenue, Suite 3100<br>Seattle, WA 98101 | **VIA US MAIL**<br><br>**Attorneys for City National Bank**<br>Frank T. Pepler<br>Pepler Mastromonaco LLP<br>100 First Street, 25th Floor<br>San Francisco, CA 94105 | **VIA US MAIL**<br><br>**Attorneys for Union Bank, N.A.**<br>c/o Robert B. Kaplan, Esq.<br>Jeffer, Mangels, Butler & Marmaro LLP<br>Two Embarcadero Center, 5th Floor<br>San Francisco, CA 94111 |
| **VIA US MAIL**<br><br>**Attorneys for Alliant Tax Credit Fund XVI, Ltd., Alliant Tax Credit XVI, Inc., Alliant Tax Credit Fund XVII, Ltd., and Alliant Tax Credit XVII, Inc.**<br>Margaret M. Mann, Esq.<br>Sheppard Mullin Richter & Hampton LLP<br>501 West Broadway, 19th Floor<br>San Diego, CA 92101-3596 | **VIA EMAIL**<br><br>**Attorneys for Heritage Bank of Commerce**<br>Lillian Stenfeldt, Esq.<br>Sedgwick, Detert, Moran & Arnold LLP<br>One Market Plaza, Steuart Tower, 8th Floor<br>San Francisco, CA 94105<br>Fax: 415-781-2635<br>Email: Lillian.stenfeldt@sdma.com<br>Robert.gebhard@sdma.com | **VIA EMAIL**<br><br>**Attorneys for Apex Real Estate Advisors, LLC**<br>Jeffrey A. Krieger<br>Greenberg Glusker Fields Claman & Machtinger LLP<br>1900 Avenue of the Stars, 21st Floor<br>Los Angeles, CA 90067-4590<br>Fax: 310-553-0687<br>Email: jkrieger@greenbergglusker.com |

| VIA EMAIL<br><br>**Attorneys for Apex Real Estate Advisors, LLC**<br>Arnold E. Brown<br>Apex Real Estate<br>32 Washington Avenue, Suite B<br>Point Richmond, CA 94801<br>*Fax: 510-253-3053*<br>*Email: abrown@apexreadvisors.com* | VIA EMAIL<br><br>**Attorneys for Citizens Housing Corporation, Case Avenue Housing corporation, and Promenade Housing Corporation**<br>Citizens Housing Corporation<br>c/o Gregg M. Ficks, Esw.<br>Coblentz, Patch, Duffy & Bass, LLP<br>One Ferry Building, Suite 200<br>San Francisco, CA 94111<br>*Fax: 415-989-1663*<br>*Email: gficks@coblentzlaw.com* | VIA EMAIL<br><br>**Attorneys for California Mortgage and Realty, Inc.**<br>Jeffery D. Trowbridge<br>Attorney at Law<br>180 Grand Avenue, Suite 1550<br>Oakland, CA 94612<br>*Fax: 510-832-7228*<br>*Email: jdt3656@sbcglobal.net* |
|---|---|---|
| VIA US MAIL<br><br>**Attorneys for Segue Construction, Inc.**<br>Diemer, Whitman & Cardosi<br>Kathryn S. Diemer<br>75 E. Santa Clara Street<br>San Jose, CA 95113 | VIA US MAIL<br><br>**Segue Construction, Inc.**<br>Steve Grider, President<br>7139 Koll Center Parkway, Suite 200<br>Pleasanton, CA 94516 | VIA EMAIL<br><br>**Counsel to Regents of the University of California**<br>Randy Michelson<br>Michelson Law Group<br>150 Spear Street, Suite 1600<br>San Francisco, CA 94105<br>email: *randy.michelson@michelsonlawgroup.com* |
| VIA EMAIL<br><br>**Attorneys for Hudson Housing Capital LLC**<br>Hudson Housing Capital LLC<br>c/o Howard J. Weg<br>Peitzman, Weg & Kempinsky LLP<br>10100 Santa Monica Blvd., Suite 1450<br>Los Angeles, CA 90067<br>Email: *hweg@pwkllp.com* | VIA US MAIL<br><br>**Attorneys for CharterMac Corporate Partners XXXIII, L.P., CharterMac Corporate XXXIII SLP LLC, Centerline Corporate Partners XXXII LP, and ChaterMac Corporate XXXII SLP LLC**<br>Robert A. Abrams, Esq.<br>Katsky Korins LLP<br>605 Third Avenue<br>New York, NY 10158-0038 | |