Maxim B. Litvak (CA Bar No. 215852)
Pamela E. Singer (CA Bar No. 224758)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail:mlitvak@pszjlaw.com
　　　　psinger@pszjlaw.com

Attorneys for the Official Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No.: 09-41727-EDJ |
| A.F. Evans Company, Inc., | Chapter 11 |
| Debtor | **CERTIFICATE OF SERVICE** |

**PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                       )
COUNTY OF SAN          )
FRANCISCO

I, Hung Phan, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On June 25, 2009, I caused to be served the **OPPOSITION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION OF CITY NATIONAL BANK FOR ORDER REQUIRING DEBTOR TO REMIT SALE PROCEEDS OF COLLATERAL** in this action by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

*Please see attached Service List*

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☑ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

Executed on June 25, 2009, at San Francisco, California.

*/s/ Hung Phan*
Hung Phan

CERTIFICATE OF SERVICE

| Debtor | Counsel to the Debtor | Office of the U.S. Trustee/Oak |
|---|---|---|
| A.F.Evans Company, Inc.<br>Attn: Richard A. Bell<br>Responsible Individual<br>1000 Broadway, Ste 300<br>Oakland, CA 94607 | Chris D. Kuhner<br>Eric Nyberg<br>Kornfield, Nyberg, Bendes and Kuhner<br>1999 Harrison St. #2675<br>Oakland, CA 94612<br>c.kuhner@kornfieldlaw.com<br>e.nyberg@kornfieldlaw.com | Office of the U.S. Trustee<br>1301 Clay St. #690N<br>Oakland, CA 94612 |
| **Secured Creditors** ||| 
| Central Valley Community Bank<br>Attn: Pat Carmen<br>60 W. 10th Street<br>Tracy, CA 95376 | City National Bank<br>Loan Center<br>PO Box 60938<br>Los Angeles, CA 90060-0938 | CP III Evans LLC<br>1000 Sansome St. Ste 180<br>San Francisco, CA 94111 |
| Cushrex/Byron Park Investors LP<br>1801 Oakland Blvd. #200<br>Walnut Creek, CA 94596 | Heritage Bank of Commerce<br>150 Almaden Blvd.<br>San Jose, CA 95113 | |
| **Requests for Special Notice** |||
| **Attorneys for Donald Engle and Engle Development Services, Inc.**<br>William E. Adams<br>Quin E. Marshall<br>David C. Lee<br>Fitzgerald Abbott & Beardsley LLP<br>1221 Broadway, 21st Floor<br>Oakland, CA 94612<br>wadams@fablaw.com<br>qmarshall@fablaw.com<br>dlee@fablaw.com | **Attorneys for Central Valley Community Bank**<br>Mark V. Isola, Esq.<br>Rehon & Roberts<br>10 Almaden Blvd., Suite 550<br>San Jose, CA 95113 | **Representative for tw telecom inc.**<br>Linda Boyle<br>tw telecom inc.<br>10475 Park Meadows Drive, #400<br>Littleton, CO 80124 |
| **Attorneys for Affordable Housing Eastshore Manor I, LLC; MMA Pioneer Plaza, LLC f/k/a Lend Lease Pioneer Park Plaza, LLC; Affordable Housing NORH I Housing, LLC; Affordable Housing Oak Center, LLC; and Affordable Housing Playa Del Alameda, LLC**<br>Todd C. Toral<br>Andrew R. Neilson<br>Gina M. Fornario<br>Nixon Peabody LLP<br>One Embarcadero Center, 18th Floor<br>San Francisco, CA 94111-3600<br>ttoral@nixonpeabody.com<br>aneilson@nixonpeabody.com<br>gfornario@nixonpeabody.com | **State of Washington**<br>Zachary Mosner<br>Assistant Attorney General<br>Bankruptcy & Collections Unit<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188 | **Attorneys for U.S. Bank National Association**<br>Randy Rogers<br>Winston & Strawn LLP<br>101 California Street<br>San Francisco, CA 94111-5894<br>rrogers@winston.com |
| **Attorneys for CP III Evans, LLC**<br>Manatt, Phelps & Phillips, LLP<br>Attn: Alan Feld, Esq.<br>11355 West Olympic Boulevard<br>Los Angeles, CA 90064<br>afeld@manatt.com | **Attorneys for CP III Evans, LLC**<br>Manatt, Phelps & Phillips, LLP<br>Attn: Marv Pearlstein, Esq.<br>One Embarcadero Center, 30th Floor<br>San Francisco, CA 94111<br>mpearlstein@manatt.com | **Attorneys for MW Housing Partners III, L.P.**<br>Steven G. Polard<br>Perkins Coie LLP<br>1620 26th Street, 6th Floor<br>Santa Monica, CA 90404<br>spolard@perkinscoie.com |

| | | |
|---|---|---|
| **MW Housing Partners III, L.P.**<br>Lorrie Scott<br>Senior Vice President & General Counsel<br>Weyerhaeuser Realty Investors<br>1301 5th Avenue, Suite 3100<br>Seattle, WA 98101 | **Attorneys for City National Bank**<br>Frank T. Pepler<br>Pepler Mastromonaco LLP<br>100 First Street, 25th Floor<br>San Francisco, CA 94105 | **Attorneys for Union Bank, N.A.**<br>c/o Robert B. Kaplan, Esq.<br>Jeffer, Mangels, Butler & Marmaro LLP<br>Two Embarcadero Center, 5th Floor<br>San Francisco, CA 94111 |
| **Attorneys for Alliant Tax Credit Fund XVI, Ltd., Alliant Tax Credit XVI, Inc., Alliant Tax Credit Fund XVII, Ltd., and Alliant Tax Credit XVII, Inc.**<br>Margaret M. Mann, Esq.<br>Sheppard Mullin Richter & Hampton LLP<br>501 West Broadway, 19th Floor<br>San Diego, CA 92101-3596 | **Attorneys for Heritage Bank of Commerce**<br>Lillian Stenfeldt, Esq,<br>Sedgwick, Detert, Moran & Arnold LLP<br>One Market Plaza, Steuart Tower, 8th Floor<br>San Francisco, CA 94105<br>*Lillian.stenfeldt@sdma.com*<br>*Robert.gebhard@sdma.com* | **Attorneys for Apex Real Estate Advisors, LLC**<br>Jeffrey A. Krieger<br>Greenberg Glusker Fields Claman & Machtinger LLP<br>1900 Avenue of the Stars, 21st Floor<br>Los Angeles, CA 90067-4590<br>*Fax: 310-553-0687*<br>*jkrieger@greenbergglusker.com* |
| **Attorneys for Apex Real Estate Advisors, LLC**<br>Arnold E. Brown<br>Apex Real Estate<br>32 Washington Avenue, Suite B<br>Point Richmond, CA 94801<br>*Fax: 510-253-3053*<br>*abrown@apexreadvisors.com* | **Attorneys for Citizens Housing Corporation, Case Avenue Housing corporation, and Promenade Housing Corporation**<br>Citizens Housing Corporation<br>c/o Gregg M. Ficks, Esw.<br>Coblentz, Patch, Duffy & Bass, LLP<br>One Ferry Building, Suite 200<br>San Francisco, CA 94111<br>*gficks@coblentzlaw.com* | **Attorneys for California Mortgage and Realty, Inc.**<br>Jeffery D. Trowbridge<br>Attorney at Law<br>180 Grand Avenue, Suite 1550<br>Oakland, CA 94612<br>*jdt3656@sbcglobal.net* |
| **Attorneys for Segue Construction, Inc.**<br>Diemer, Whitman & Cardosi<br>Kathryn S. Diemer<br>75 E. Santa Clara Street<br>San Jose, CA 95113 | **Segue Construction, Inc.**<br>Steve Grider, President<br>7139 Koll Center Parkway, Suite 200<br>Pleasanton, CA 94516 | **Counsel to Regents of the University of California**<br>Randy Michelson<br>Michelson Law Group<br>150 Spear Street, Suite 1600<br>San Francisco, CA 94105<br>*randy.michelson@michelsonlawgroup.com* |
| **Attorneys for Hudson Housing Capital LLC**<br>Hudson Housing Capital LLC<br>c/o Howard J. Weg<br>Peitzman, Weg & Kempinsky LLP<br>10100 Santa Monica Blvd., Suite 1450<br>Los Angeles, CA 90067<br>*hweg@pwkllp.com* | **Attorneys for CharterMac Corporate Partners XXXIII, L.P., CharterMac Corporate XXXIII SLP LLC, Centerline Corporate Partners XXXII LP, and ChaterMac Corporate XXXII SLP LLC**<br>Robert A. Abrams, Esq.<br>Katsky Korins LLP<br>605 Third Avenue<br>New York, NY 10158-0038 | **Attorney for Federal Home Loan Mortgage Corporation**<br>Alan Ramos, Esq.<br>Nevin, Ramos & Steele<br>700 Ygnacio Valley Road, Suite 300<br>Walnut Creek, CA 94596-3838<br>*aramos@LawNRS.com* |