# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–4 | User: lblue | Date Created: 7/9/2009 |
| Case: 09–41727 | Form ID: pdfeoc | Total: 4 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |
| aty | Chris D. Kuhner | c.kuhner@kornfieldlaw.com |
| aty | Frank T. Pepler | fpepler@peplermastromonaco.com |
| aty | Maxim B. Litvak | mlitvak@pszjlaw.com |

TOTAL: 4