Bernard R. Given II (State Bar No. 134718)
Bob Benjy (State Bar No. 211569)
FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 Wilshire Boulevard
Seventeenth Floor
Los Angeles, California 90048-4920
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for AMTX AZURE PARK GP, INC.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>A.F. EVANS COMPANY, INC.,<br><br>Debtor. | CASE No. 09-41727 EDJ-11<br><br>Chapter 11<br><br>R.S. No. BRG-001<br><br>**AMTX AZURE PARK GP, INC.'S NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO TAKE POSSESSION AND OVERSEE THE MANAGEMENT OF REAL PROPERTY IN WHICH THE DEBTOR HAS AN INTEREST**<br><br>[DECLARATION OF MATTHEW DAY, AND MEMORANDUM OF POINTS AND AUTHORITIES FILED CONCURRENTLY HEREWITH]<br><br>Date: October 23, 2009<br>Time: 10:00 a.m.<br>Courtroom: #215<br>1300 Clay Street<br>Oakland, CA |

TO THE DEBTOR, ITS ATTORNEYS OF RECORD, AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that on October 23, 2009, at 10:00 a.m. in Courtroom 215 of the United States Bankruptcy Court located at 1300 Clay Street, Oakland, California 94612, AMTX Azure Park GP, Inc., a Texas corporation ("AMTX"), will move the Court for relief from the

automatic stay to permit AMTX, as the newly appointed managing member of Azure Park Apartments, LLC ("Azure LLC"), to take possession and oversee the management of the real property and improvements located at 5545 Sky Parkway, Sacramento, California 95821 ("Subject Property") in which the debtor, A.F. Evans Company, Inc. ("Debtor"), had an interest.

AMTX files this Motion for relief from the automatic stay pursuant to 11 U.S.C. § 362(b)(1). This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and 11 U.S.C. § 362.

NOTICE IS FURTHER GIVEN that pursuant to Local Bankruptcy Rule 4001-1(a) the Debtor is advised to appear at the preliminary hearing. Pursuant to Local Bankruptcy Rule 4001-1(f) a respondent will not be required, but may, file responsive pleadings, points and authorities, and declarations for any preliminary hearing, however, the Court may grant relief from the stay at the hearing.

NOTICE IS FURTHER GIVEN that if no opposition is timely filed within 14 days the relief from the stay may be granted.

NOTICE IS FURTHER GIVEN that this Motion is based on the following:

1. Debtor was formerly the sole managing member of Azure LLC. Azure's primary asset is the Subject Property. Debtor has an interest in the Subject Property.

3. Azure LLC's Amended and Restated Operating Agreement, dated October 1, 2003 ("Operating Agreement"), provides that the company's managing member shall cease to be a managing member upon that party's filing of a Petition under Title 11 of the United States Code.

4. The Debtor filed for bankruptcy protection on March 5, 2009.

5. Pursuant to the Operating Agreement, effective June 9, 2009, the Debtor was removed as the manager of Azure LLC and replaced by AMTX. On information and belief, the Debtor does not oppose the change in management.

6. As managing member of Azure LLC, AMTX is responsible for overseeing the management of the Subject Property. AMTX brings this motion to obtain relief from stay so that it may take possession of and begin overseeing the management of the Subject Property, which is necessary for the protection thereof.

As a result, AMTX will request:

1. That the automatic stay be terminated to permit AMTX, in its capacity as the putative managing member of Azure LLC, to exercise control over the Subject Property and oversee the management thereof by EPMI;

2. That the 10 day stay prescribed by Bankruptcy Rule 4001(a)(3) be waived; and

3. For other and further relief as the Court deems just and proper.

DATED: September 25, 2009

FRANDZEL ROBINS BLOOM & CSATO, L.C.
BERNARD R. GIVEN II
BOB BENJY


By: /s/ Bernard R. Given II
BERNARD R. GIVEN II
Attorneys for AMTX AZURE PARK GP, INC.