# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No.: 09-41727 EDJ |
| | ) | R.S. No.: 09-41727-EDJ |
| A.F. EVANS COMPANY, INC., | ) | Hearing Date: MARCH 5, 2010 |
| | ) | Time: 10:00 A.M. |
| Debtor(s) | ) | |
| | ) | |

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A)     Date Petition Filed:                             3/5/2009    Chapter: 11
        Prior hearings on this obligation:                   Last Day to File §523/§727 Complaints:

(B)     Description of personal property collateral (e.g. 1983 Ford Taurus):

       Secured Creditor [  ] or lessor [  ]
       Fair market value: $_____    Source of value: _____
       Contract Balance: $_____    Pre-Petition Default: $_____
       Monthly Payment: $_____        No. of months: _____
       Insurance Advance: $_____    Post-Petition Default: $_____
                                                                  No. of months: _____

(C)     Description of real property collateral (e.g. Single family residence, Oakland, CA):

       Fair market value: $_____ Source of value:_____ If appraisal, date: _____

       Moving Party's position (first trust deed, second, abstract, etc.):

       Approx. Bal. $_____        Pre-Petition Default: $_____
       As of (date): _____             No. of months: _____
       Mo. payment: $_____        Post-Petition Default: $_____
       Notice of Default (date): _____    No. of months: _____
       Notice of Trustee's Sale: _____    Advances Senior Liens: $_____

       Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed:_____ | $ | $ | $ |
| 2nd Trust Deed: _____ | $ | $ | $ |
| _____ : | | | |
| _____ : | | | |
| _____ : | | | |
| (Total) | $ | $ | $ |

Other pertinent information: Motion for Relief to Resolve Pre-Petition Litigation

Dated:   2/12/2010                                                // s // Leonard Flanagan
                                                                                 Signature

                                                                                 Leonard Flanagan
                                                                                 Print or Type Name

                                          Attorney for   The Esplanade Condominium Association