Leonard Flanagan, WA Bar No. 20966
LEVIN & STEIN
201 Queen Anne Avenue North, Suite 400
Seattle, WA 98109
PHONE 206.388.0660
FAX 206.286.2660
EMAIL: Leonard@condodefects.com

Attorneys for Creditor The Esplanade
Condominium Association

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>A.F. Evans Company, Inc.,<br><br>Debtor. | Case No.: 09-41727-EDJ<br><br>Chapter 11<br><br>**NOTICE OF HEARING FOR CREDITOR THE ESPLANADE CONDOMINIUM ASSOCIATION'S MOTION FOR RELIEF FROM STAY**<br><br>Date: **March 5, 2010**<br>Time: **10:00 AM**<br>Judge: **Edward D. Jellen**<br>Place: **Courtroom 215**<br>**1300 Clay Street**<br>**Oakland, California** |

TO: THE HONORABLE EDWARD D. JELLEN,
UNITED STATES BANKRUPTCY JUDGE

**PLEASE TAKE NOTICE** that the Creditor, The Esplanade Condominium

Association, intends to request the Court on March 5, 2010 at 10:00 a.m. in Courtroom 215,

1300 Clay Street, Oakland, California, to have its Motion for Relief from Stay filed in this case on February 11, 2010 to be heard at the above referenced date and time.

RESPECTFULLY SUBMITTED this 12th day of February, 2010.

LEVIN & STEIN

By: /s/ Leonard Flanagan
Leonard Flanagan, WA Bar No. 20966
Attorneys for Creditor The Esplanade
Condominium Association