Leonard Flanagan, WA Bar No. 20966
LEVIN & STEIN
201 Queen Anne Avenue North, Suite 400
Seattle, WA 98109
PHONE 206.388.0660
FAX 206.286.2660
EMAIL: Leonard@condodefects.com

Attorneys for creditor The Esplanade Condominium Association

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>A.F. Evans Company, Inc.,<br><br>              Debtor. | Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

      This is to certify that on the 10th day of February 2010, I did cause to be served true and correct copies of:

    1. COVER SHEET FOR MOTION FOR RELIEF FROM STAY;

    2. NOTICE OF HEARING; and

    3. this Certificate of Service

to be delivered to the attorneys listed below by the method(s) as indicated:

      I certify under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

      Dated February 12th, 2010 at Seattle, Washington.

                                      /s/Sharon L Kossman
                                      Sharon L. Kossman