ERIC A. NYBERG, ESQ. (Bar No. 131105)
CHRIS D. KUHNER, ESQ. (Bar No. 173291)
**KORNFIELD, NYBERG, BENDES & KUHNER, P.C.**
1999 Harrison Street, Suite 2675
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669

Attorneys for A.F. Evans Company, Inc., Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 09-41727 EDJ |
|---|---|
| A.F. EVANS COMPANY, INC., | Chapter 11 |
| Debtor. | **APPLICATION FOR EMPLOYMENT OF SPECIAL COUNSEL JACKSON LEWIS LLP** |

TO: THE HONORABLE EDWARD D. JELLEN, UNITED STATES BANKRUPTCY JUDGE:

The application of A. F. Evans Company, Inc., (the "Debtor") represents:

1. On March 5, 2009, the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Code").

2. Since the time its Chapter 11 petition was filed, the Debtor has continued in possession of its property.

3. The Debtor wishes to employ the law firm of Jackson Lewis LLP ("Jackson Lewis") as special counsel to represent and defend against two (2) wrongful termination complaints asserted by former employees; defend against a discrimination complaint filed by a former employee and to advise the Debtor on employment and human resource matters that may arise. The Debtor's insurance carrier has retained Jackson Lewis to defend against the wrongful

Application for Employment of Special Counsel Jackson Lewis LLP -1-

Case: 09-41727   Doc# 326   Filed: 03/03/10   Entered: 03/03/10 13:23:59   Page 1 of 5

termination claims on the Debtor's behalf and is anticipated to retain Jackson Lewis to defend the discrimination charge that has just been served on the Debtor. The Debtor anticipates utilizing Jackson Lew for 5 to 25 hours per month depending on the status of the two (2) complains pending before the Department of Industrial Relations, Division of Labor Standards Enforcement (Labor Commissioner) and the complaint pending before the Department of Fair Employment and Housing.

4. The Debtor has selected the law firm of Jackson Lewis because the firm has had considerable experience in matters of this nature and it believes that the firm is well qualified to represent it as debtor-in-possession in this case. Jackson Lewis has represented and defended A.F. Evans in employment related matters for the past several years. Further, Jackson Lewis is Panel Counsel for the Debtor's insurer.

5. Jackson Lewis has reviewed the list of secured creditors and the 20 largest unsecured creditors of the Debtor. Based on that review neither Jackson Lewis nor any of its members have any connection with the Debtor, those creditors or the U. S. Trustee and represents no interest adverse to the estate in the matters upon which it is to be retained except:

6. To the best of Debtor's knowledge, Jackson Lewis does not have any connection with the creditors or any other party in interest in this matter, or their respective attorneys or accountants, or the United States Trustee, except as described above, or any person employed in the office of the United States Trustee, and represents no interest adverse to the estate in the matters upon which it is to be retained.

7. The Debtor has conferred with, and now desires to retain and employ Jackson Lewis as its special counsel to perform all of the above-described services necessary and desirable in the administration of its estate on an hourly rate basis at the hourly rate of $220 for litigation matters for which the Debtor is insured through RSUI and $395 per hour for other advise and counsel matters.

8. The firm's billing rates are subject to change from time to time as circumstances warrant. Further, such arrangement is subject to possible changes under Bankruptcy Code §328(a). Compensation for services rendered and reimbursement for expenses incurred are to be

paid as allowed by the court after notice and a hearing.

9. The law firm of Jackson Lewis represents no interest adverse to the Debtor as debtor-in-possession, or to the estate, in the matters upon which it is to be engaged, and its employment would be to the best interest of this estate.

**WHEREFORE**, the Debtor prays that it be authorized to employ and appoint Jackson Lewis effective the date of the order, on an hourly rate basis on the terms set forth herein to represent it as special counsel in this case under Chapter 11 of the Bankruptcy Code and that it be granted such other and further relief as is just.

Dated: March 3, 2010                                     A.F. EVANS COMPANY, INC.


By: /s/ Rick Bell
Executive VP and Chief Investment Officer

**EXHIBIT "A"**

**JACKSON LEWIS LLP**

**HOURLY RATE SCHEDULE - 2010**

| Attorney Name | Attorney Code | Hourly Rate |
|---|---|---|
| Deverie J. Christensen, Partner | 1139 | $395.00 for advice and counsel; $220.00 for litigation at RSUI insurance rates |

# DECLARATION OF SERVICE

I, the undersigned, declare:

I am employed in the City of Oakland, County of Alameda, California. I am over the age of 18 years and not a party to this action. My business address is 1999 Harrison Street, Suite 2675, Oakland, California 94612.

I am readily familiar with the business practices of my employer, Kornfield, Nyberg, Bendes & Kuhner, P.C., for the collection and processing of correspondence for mailing with the United States Postal Service and that correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On March 3, 2010, I served the following document(s):

**APPLICATION FOR EMPLOYMENT OF SPECIAL COUNSEL JACKSON LEWIS LLP**

**DECLARATION OF DEVERIE J. CHRISTENSEN OF JACKSON LEWIS LLP IN SUPPORT OF APPLICATION FOR EMPLOYMENT OF SPECIAL COUNSEL; AND**

**[PROPOSED] ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL JACKSON LEWIS LLP**

by placing copies of said document(s) in sealed envelope(s) and served in the manner or manners described below addressed as follows:

U.S. Trustee
1301 Clay Street, Suite 690N
Oakland, CA 94612-5202

I placed such envelope(s) for collection and mailing at my employer's office following ordinary business practices, addressed to the addressee(s) designated.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of March, 2010 at Oakland, California.

/s/ Gail A. Michael

Case: 09-41727    Doc# 326    Filed: 03/03/10    Entered: 03/03/10 13:23:59    Page 5 of 5