Leonard Flanagan, WA Bar No. 20966
LEVIN & STEIN
201 Queen Anne Avenue North, Suite 400
Seattle, WA 98109
PHONE 206.388.0660
FAX 206.286.2660
EMAIL: Leonard@condodefects.com

Attorneys for Creditor The Esplanade
Condominium Association

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| In re: | Case No.: 09-41727-EDJ |
|---|---|
| A.F. Evans Company, Inc., | Chapter 11 |
| Debtor. | **RE-NOTICE OF HEARING FOR CREDITOR THE ESPLANADE CONDOMINIUM ASSOCIATION'S MOTION FOR RELIEF FROM STAY** |
| | R.S. No. LDF - 001 |

                        Date:       **March 26, 2010**
                        Time:       **10:00 AM**
                        Judge:     **Edward D. Jellen**
                        Place:     **Courtroom 215**
                                        **1300 Clay Street**
                                        **Oakland, California**

    TO:    **THE HONORABLE EDWARD D. JELLEN,
              UNITED STATES BANKRUPTCY JUDGE**

    **PLEASE TAKE NOTICE** that the Creditor, The Esplanade Condominium

**Association,** intends to request the Court on March 26, 2010 at 10:00 a.m. in Courtroom 215,

RE-NOTE FOR HEARING ON CREDITOR ESPLANADE'S MOTION FOR RELIEF FROM STAY
CASE NO. 09-41727 EDJ

1300 Clay Street, Oakland, California, to have its Motion for Relief from Stay filed in this case on February 11, 2010 to be heard at the above referenced date and time.

    RESPECTFULLY SUBMITTED this 4th day of March, 2010.

               LEVIN & STEIN

By: /s/ Leonard Flanagan
Leonard Flanagan, WA Bar No. 20966
Attorneys for Creditor The Esplanade Condominium Association