ERIC A. NYBERG, ESQ. (Bar No. 131105)
CHRIS D. KUHNER, ESQ. (Bar No. 173291)
**KORNFIELD, NYBERG, BENDES & KUHNER, P.C.**
1999 Harrison Street, Suite 2675
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669

Attorneys for A.F. Evans Company, Inc., Debtor

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>A.F. EVANS COMPANY, INC.,<br><br>Debtor. | Case No. 09-41727 EDJ<br><br>Chapter 11<br><br>**AMENDED APPLICATION FOR EMPLOYMENT OF SPECIAL COUNSEL JACKSON LEWIS LLP** |

TO: THE HONORABLE EDWARD D. JELLEN, UNITED STATES BANKRUPTCY JUDGE:

The amended application of A.F. Evans Company, Inc., (the "Debtor") represents:

1. On March 5, 2009, the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Code").

2. Since the time its Chapter 11 petition was filed, the Debtor has continued in possession of its property.

3. The Debtor wishes to employ the law firm of Jackson Lewis LLP ("Jackson Lewis") as special counsel to represent and defend against two wrongful termination complaints asserted by former employees; defend against a discrimination complaint filed by a former employee; and to advise the Debtor on employment and human resource matters that may arise. The Debtor's Insurance Carrier has retained Jackson Lewis, on Debtor's behalf, to defend against the wrongful termination claims on the Debtor's behalf, and is anticipated to retain Jackson Lewis

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

to defend the discrimination charge that has just been served on the Debtor. Jackson Lewis is panel counsel for the insurance carrier, and Jackson Lewis has defended and represented the Debtor for the last several years in employment litigation matters. Jackson Lewis also has provided employment and human resources related advice and counsel to Jackson Lewis for the past several years, and the Debtor would like Jackson Lewis to continue doing so.

4. The Debtor previously requested approved for Pahl & McCay to represent the Debtor in two (2) wrongful termination complaints asserted by former employees, and to provide general employment related advice and counsel. However, since the Debtor now has tendered the matters to its insurance carrier, the Debtor requests approval for Jackson Lewis to be appointed as special counsel to hereafter represent and defend the Debtor as to all employment related matters, including the two (2) wrongful termination complaints asserted by former employees, and to provide general employment related advice and counsel; Pahl & McCay will no longer provide those services for the Debtor. The Debtor will exclusively work with Jackson Lewis to defend against the two (2) wrongful termination complaints, the discrimination charge that has just been served on the Debtor, and provide any employment related advice and counsel.

5. The Debtor anticipates utilizing Jackson Lewis for five to twenty-five (5-25) hours per month depending on the status of the two (2) complaints pending before the Department of Industrial Relations, Division of Labor Standards Enforcement (Labor Commissioner), and the complaint pending before the Department of Fair Employment and Housing.

6. The Debtor has selected the law firm of Jackson Lewis because the firm has had considerable experience in matters of the nature and it believes that the firm is well qualified to represent it as debtor-in-possession in this case. Jackson Lewis has represented and defended A.F. Evans in employment related matters for the past several years. Further, Jackson Lewis is Panel Counsel for the Debtor's insurer.

7. Jackson Lewis has reviewed the list of secured creditors and the 20 largest unsecured creditors of the Debtor. Based on that review neither Jackson Lewis nor any of its members have any connection with the Debtor, those creditors or the U.S. Trustee and represents no interest adverse to the estate in the matters upon which it is to be retained except: Jackson

Lewis has served as counsel for secured creditors Heritage Bank of Commerce, City National Bank, and Carmel Partners, Inc., and unsecured creditors James E Roberts Obayashi Corporation, and Key Bank. However, Jackson Lewis served as employment and labor counsel only as to those secured and unsecured creditors. Jackson Lewis exclusively practices traditional labor and employment law. Jackson Lewis is not representing those secured and unsecured creditors as to any matters involving the Debtor.

8. To the best of Debtor's knowledge, Jackson Lewis does not have any connection with the creditors or any other party in interest in this matter, or their respective attorneys or accountants, or the United States Trustee, or any person employed in the office of the United States Trustee, and represent no interest adverse to the estate in the matters upon which it is to be retained.

9. The Debtor has conferred with, and now desires to retain and employ Jackson Lewis as its special counsel to perform all of the above-described services necessary and desirable in the administration of its estate on an hourly rate basis at the hourly rate of $220 for litigation matters for which the Debtor is insured through RSUI; and $395 per hour for other advice and counsel matters.

10. The firm's billing rates are subject to change from time to time as circumstances warrant. Further, such arrangement is subject to possible changes under Bankruptcy Code §328(a). Compensation for services rendered and reimbursement for expenses incurred are to be paid as allowed by the court after notice and a hearing.

11. The law firm of Jackson Lewis represents no interest adverse to the Debtor as debtor-in-possession, or to the estate, in the matters upon which it is to be engaged, and its employment would be to the best interest of this estate.

///
///
///
///
///

1  **WHEREFORE**, the Debtor prays that it be authorized to employ and appoint Jackson
2  Lewis effective the date of the order, on an hourly rate basis on the terms set forth herein to
3  represent it as special counsel in this case under Chapter 11 of the Bankruptcy Code and that it
4  be granted such other and further relief as is just.

Dated: March 8, 2010                                      A.F. EVANS COMPANY, INC.

                                                          By: /s/ Rick Bell
                                                          Executive VP and Chief Investment Officer

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

**EXHIBIT "A"**

**JACKSON LEWIS LLP**

**HOURLY RATE SCHEDULE - 2010**

| Attorney Name | Attorney Code | Hourly Rate |
|---|---|---|
| Deverie J. Christensen, Partner | 1139 | $395.00 for advice and counsel; $220.00 for litigation at RSUI insurance rates |

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

# DECLARATION OF SERVICE

I, the undersigned, declare:

I am employed in the City of Oakland, County of Alameda, California. I am over the age of 18 years and not a party to this action. My business address is 1999 Harrison Street, Suite 2675, Oakland, California 94612.

I am readily familiar with the business practices of my employer, Kornfield, Nyberg, Bendes & Kuhner, P.C., for the collection and processing of correspondence for mailing with the United States Postal Service and that correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On March 8, 2010, I served the following document(s):

**AMENDED APPLICATION FOR EMPLOYMENT OF SPECIAL COUNSEL JACKSON LEWIS LLP**

**DECLARATION OF DEVERIE J. CHRISTENSEN OF JACKSON LEWIS LLP IN SUPPORT OF AMENDED APPLICATION FOR EMPLOYMENT OF SPECIAL COUNSEL; AND**

**[PROPOSED] ORDER AUTHORIZING AMENDED EMPLOYMENT OF SPECIAL COUNSEL JACKSON LEWIS LLP**

by placing copies of said document(s) in sealed envelope(s) and served in the manner or manners described below addressed as follows:

U.S. Trustee
1301 Clay Street, Suite 690N
Oakland, CA 94612-5202

I placed such envelope(s) for collection and mailing at my employer's office following ordinary business practices, addressed to the addressee(s) designated.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of March, 2010 at Oakland, California.

/s/ Gail A. Michael