ERIC A. NYBERG, ESQ. (Bar No. 131105)
CHRIS D. KUHNER, ESQ. (Bar No. 173291)
**KORNFIELD, NYBERG, BENDES & KUHNER, P.C.**
1999 Harrison Street, Suite 2675
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669

Attorneys for Debtor A.F. EVANS COMPANY, INC.

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 09-41727 EDJ |
| A.F. EVANS COMPANY, INC., | Chapter 11 |
| Debtor. | **APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF TAX ADVISORS** |

TO:     THE HONORABLE EDWARD D. JELLEN, UNITED STATES BANKRUPTCY JUDGE:

1.      Richard Bell is the duly appointed, qualified and acting Chapter 11 Responsible Person herein for Debtor A. F. EVANS COMPANY, INC. ("Applicant").

2.      The Applicant deems it to be in the best interest of this estate to employ Bachecki, Crom & Co., LLP, Certified Public Accountants ("Tax Advisors") as the Debtor-in-Possession's tax advisors to prepare estimates of income taxes on the proposed sale of estate property including interests held in limited liability companies and limited partnerships; to serve as Debtor-in-Possession's tax advisors and to consult with the Debtor-in-Possession and the Debtor-in-Possession's counsel as to those matters during the Chapter 11 proceeding and during any subsequent Chapter 7 proceeding.

///

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

3.      The Tax Advisors have indicated a willingness to perform the services required by the Applicant.  The Applicant desires an order authorizing the Debtor-in-Possession to pay the Tax Advisors for services rendered and costs and expenses advanced or incurred in the rendering of such services after a hearing duly noticed to creditors or other parties in interest, the United States Trustee and subject to review for reasonableness by this Court.  The normal billing rates for the Tax Advisors are as follows:

|  |  |
|---|---|
| Partners | $355-425/hour |
| Senior Accountant | $275-320/hour |
| Junior Accountant | $125-180/hour |

4.      The Applicant has investigated the qualifications of the Tax Advisors.  The Applicant is informed and believes, and based thereon allege, that except as disclosed in the Tax Advisor's declaration, neither the Tax Advisors nor its employees have any connections with the debtor, creditors, or any party in interest, their respective attorneys or accountants, or the United States Trustee or any other person employed by the Office of the United States Trustee and that the employment of the Accountant on the conditions set forth herein is in the best interest of creditors.

5.      To the Applicant's best information and belief, the Tax Advisors do not hold an interest adverse to the estate, and they are disinterested persons as required by 11 U.S.C. Section 327(a).

6.      The Applicant is informed and believes, and based thereupon alleges, that this is proper case for the entry of an order without notice to creditors in that the matters to be ruled upon are purely administrative in nature and any fees paid or to be paid will be subject to Court review after notice and hearing.

WHEREFORE, the Applicant prays that this court make and enter its order:

1.      Authorizing the Applicant to employ Bachecki, Crom & Co., LLP, Certified Public Accountants, as the Tax Advisors in this case;

2.      Authorizing the Applicant to pay the Tax Advisors services rendered and for the costs and expenses advanced or incurred in the rendering of such services after a hearing duly

noticed to the Office of the United States Trustee, creditors and other parties in interest and subject to review for reasonableness by this Court, and;

      3.     For such other relief as may be proper.

Dated: April 9, 2010                 A.F. EVANS COMPANY, INC.,

By:/s/ Richard Bell
     Executive VP and Chief Investment Officer

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

Application for Order Authorizing Employment of Tax Advisors

-3-

**Kornfield, Nyberg, Bendes & Kuhner, P.C.**
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

1 | DECLARATION OF SERVICE

2 | I, the undersigned, declare:

3 | I am employed in the City of Oakland, County of Alameda, California. I am over the age

4 | of 18 years and not a party to this action. My business address is 1999 Harrison Street, Suite

5 | 2675, Oakland, California 94612.

6 | I am readily familiar with the business practices of my employer, Kornfield, Nyberg,

7 | Bendes & Kuhner, P.C., for the collection and processing of correspondence for mailing with the

8 | United States Postal Service and that correspondence is deposited with the United States Postal

9 | Service that same day in the ordinary course of business.

10 | On April 12, 2010, I served the following document(s):

11 | **APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF TAX ADVISORS;**

12 | **DECLARATION IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING**
13 | **EMPLOYMENT OF TAX ADVISORS; AND**

14 | **[PROPOSED] ORDER EMPLOYMENT OF TAX ADVISORS**

15 | by placing copies of said document(s) in sealed envelope(s) and served in the manner or manners

16 | described below addressed as follows:

17 | U.S. Trustee
18 | 1301 Clay Street, Suite 690N
    | Oakland, CA 94612-5202

19 | I placed such envelope(s) for collection and mailing at my employer's office following

20 | ordinary business practices, addressed to the addressee(s) designated.

21 | I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th

22 | day of April, 2010 at Oakland, California.

23 |

24 | /s/ Gail A. Michael

25 |

26 |

27 |

28 |

Case: 09-41727    Doc# 344    Filed: 04/12/10    Entered: 04/12/10 16:37:16    Page 4 of 4