PAHL & McCAY
A Professional Corporation
**Karen K. McCay, Esq.** (State Bar No. 187664)
**Catherine Schlomann Robertson, Esq.** (State Bar No. 136213)
225 West Santa Clara Street
Suite 1500
San Jose, California 95113-1752
Telephone No.: (408) 286-5100
Facsimile No.: (408) 286-5722

Attorneys for Special Counsel
PAHL & McCAY

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In Re:<br><br>A.F. EVANS COMPANY, INC.<br><br>Debtor. | Case No. 09-41727 EDJ *[Chapter 11]*<br><br>**FIRST INTERIM APPLICATION BY PAHL & McCAY FOR COMPENSATION FOR SERVICES RENDERED AS SPECIAL COUNSEL**<br><br>Date: June 17, 2010<br>Time: 2:30 p.m.<br>Assigned to: Hon. Edward D. Jellen<br>1300 Clay Street, Courtroom 215<br>Oakland, California 94612<br>Action Filed: March 5, 2009 |

TO: THE HONORABLE EDWARD D. JELLEN, UNITED STATES BANKRUPTCY JUDGE

The application of Pahl & McCay, A Professional Corporation (the "Applicant") respectfully represents as follows:

1. The above-referenced Chapter 11 bankruptcy case was initiated by filing a voluntary petition under Chapter 11 on March 5, 2009. A.F. Evans Company Inc. ("Debtor") is the Debtor and Debtor-In-Possession in the above-referenced bankruptcy case. Your Applicant was retained as counsel for the Debtor under order of this Court dated January 19, 2010.

2. No previous application for compensation has been filed on this case. Your Applicant's first interim application for compensation covers services rendered and

---

1

---

APPLICATION FOR COMPENSATION FOR SERVICES

expenses incurred from September 1, 2009 through February 28, 2010. During said period of time, your Applicant continued to act as attorneys for the Debtor.

3. Your Applicant has not entered into any agreement, express or implied, with any other party in interests, including the Debtor, any creditor or any representative of them, or with any attorney or accountant for any such party in interest, for the purpose of fixing fees or the compensation to pay for services rendered or expenses incurred in connection with this case and there is no agreement or understanding between the Applicant and any other person for sharing of compensation to be received, for services rendered in, or in connection with, this case.

4. All services for which compensation is requested were performed for, or on behalf of, the Debtor, and not on behalf of any creditor or other entity, except as set forth herein.

5. This first interim fee application includes fees and costs from October 2009 through February 2010, in a total amount of $13,462.47.

6. Your Applicant has kept detailed computer records of time spent and charges incurred. Your Applicant has further analyzed said billing statements in order to comply with the requirement for project billing. Your Applicant has organized said projects in the following categories:

A. **Resolution of Issues related to Employee on Extended Medical Leave**

In this application, Pahl & McCay is seeking $8,107.54 in fees and costs incurred over approximately three months time, addressing various issues involving a management-level employee who was on extended medical leave of absence. Although each task is thoroughly explained in the time entries submitted under seal in order to protect the attorney-client privilege and attorney work-product in this on-going matter, generally speaking, the twenty-five hours (25) of attorney time was spent addressing various FMLA and ADA issues; preparing and negotiating an employment contract for an alternative position within company; and exchanging multiple communications with employee's attorney regarding alternatives for reinstatement and related matters. Most of the twenty-

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

3368-016
00169598.WPD

Case: 09-41727    Doc# 357    Filed: 05/18/10    Entered: 05/18/10 15:09:42    Page 2 of 5

five hours was spent by a senior partner counseling upper management on the issues presented and communicating with opposing counsel.

B. **Investigation and Response to Wrongful Termination Claims (2)**

In this application, Pahl & McCay is seeking $3,786.21 in fees and costs associated with 18.9 hours of attorney-time spent investigating and responding to two baseless labor commissioner claims of wrongful termination under a whistle-blower theory. The majority of the work was performed by an associate under the supervision of a senior partner.

C. **Reasonable Accommodation and Ownership of Employee Work Product Advice**

In this application, Pahl & McCay is seeking $1,568.72 in fees and costs in payment for 4.2 hours spent advising upper management on various employment-related issues including reasonable accommodation issues, hiring issues and ownership of employee work product. This work was performed by two partners counseling upper management on the issues presented.

**REASONABLE VALUE OF SERVICES PERFORMED**

By this application, your Applicant seeks approval of fees in the amount of $13,462.47.

The services were all rendered by Karen McCay, Servando Sandoval and Payal Mehta. With regard to costs, we have not incurred any costs that were advanced.

Attached hereto as Exhibit A to the Declaration of Catherine Robertson in Support of First Interim Application by Pahl & McCay for Compensation for Services Rendered as Special Counsel is an account summary, including hours spent by each attorney, their respective billing rates, and the total hours spent.

During the time period covered by this fee application, your Applicant's records indicate that it spent a total of 46.90 hours and incurring total fees in the amount of $13,097.50 and total costs in the amount of $364.97.

**WHEREFORE**, your Applicant prays for an order that the following fees be awarded and that your Applicant be paid the same forthwith:

3
APPLICATION FOR COMPENSATION FOR SERVICES ... (Case No. 09-41727 EDJ)

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

3368-016
00169598.WPD

Case: 09-41727  Doc# 357  Filed: 05/18/10  Entered: 05/18/10 15:09:42  Page 3 of 5

1. Approving total attorney's fees to Pahl & McCay, the sum of $13,097.50; and costs in the amount of $364.97.

2. Any further orders that this Court deems proper.

DATED: April 12, 2010

PAHL & McCAY
A Professional Corporation

By: _____
Catherine Schlomann Robertson

Attorneys for Special Counsel
PAHL & McCAY

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

3368-016
00169598.WPD

## STATEMENT OF DEBTOR-IN-POSSESSION

I, Cecil Wright, declare as follows:

1. That I am the director of Human Resources for Debtor-In-Possession.

2. That I am familiar with the written application and the facts therein are true to my knowledge and belief.

3. That I have no objections to the fees and costs incurred by Pahl & McCay as stated in the within application.

4. Pursuant to paragraph 8 of the Guidelines for Compensation of Professionals, Applicant herein declares that (a) I have read the Application, (b) to the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with these guidelines, except as specifically noted in the certification application; and (c) the compensation and expense reimbursement requested are billed at rates in accordance with practices no less favorable than those customarily employed by the application and generally accepted by the applicant's clients.

I declare under penalty of perjury that the following is true and correct and that this declaration was executed this _18TH OF MAY_, 2010 at _OAKLAND_, California.

_____
Cecil Wright

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

3368-016
00169598.WPD

5
APPLICATION FOR COMPENSATION FOR SERVICES . . .
(Case No. 09-41727 EDJ)

Case: 09-41727   Doc# 357   Filed: 05/18/10   Entered: 05/18/10 15:09:42   Page 5 of 5