ERIC A. NYBERG, ESQ. (Bar No. 131105)
CHRIS D. KUHNER, ESQ. (Bar No. 173291)
**KORNFIELD, NYBERG, BENDES & KUHNER, P.C.**
1999 Harrison Street, Suite 2675
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669

Attorneys for A.F. Evans Company, Inc., Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

A.F. EVANS COMPANY, INC.,

                      Debtor.

Case No. 09-41727 EDJ

Chapter 11

**APPLICATION FOR EMPLOYMENT OF SPECIAL COUNSEL KATZOFF & RIGGS**

TO: THE HONORABLE EDWARD D. JELLEN, UNITED STATES BANKRUPTCY JUDGE:

    The application of A. F. Evans Company, Inc., (the "Debtor") represents:

    1.    On March 5, 2009, the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Code").

    2.    Since the time its Chapter 11 petition was filed, the Debtor has continued in possession of its property.

    3.    The Debtor wishes to employ the law firm of Katzoff & Riggs ("Katzoff & Riggs") as special counsel to represent and to advise the Debtor on employment law, employment contracts and personnel matters regarding the potential sale of its assets.

    4.    The Debtor has selected the law firm of Katzoff & Riggs because the firm has had considerable experience in matters of this nature and it believes that the firm is well qualified to represent it as debtor-in-possession in this case.

Application for Employment of Special Counsel Katzoff & Riggs     -1-

5. Katzoff & Riggs has reviewed the list of secured creditors and the 20 largest unsecured creditors of the Debtor. Based on that review neither Katzoff & Riggs nor any of its members have any connection with the Debtor other than as prior and proposed counsel. Katzoff & Riggs has previously represented three creditors listed on schedule F, unsecured non-priority creditors, Arthur F. Evans, Charmaine Curtis, and David Baker & Partners.

6. In regards to representation of Charmaine Curtis, Katzoff & Riggs represented Ms. Curtis in her capacity as managing member of Curtis Partners Development LLC, in regards to development matters wholly unrelated to Debtor or Debtor's bankruptcy proceeding. Katzoff & Riggs represented Ms. Curtis in her capacity as a witness regarding a property previously owned by Debtor, Housewives Market, LLC; however, no representation adverse to Debtor. Charmaine Curtis is no longer a current client of Katzoff & Riggs, all representations having been concluded as of September 17, 2008. Katzoff & Riggs is unaware of what Ms. Curtis' claims are as a creditor in this proceeding.

7. In regards to representation of David Baker & Partners, Katzoff & Riggs has represented David Baker & Partners, a.k.a. David Baker Architects, a Professional Corporation, in matters wholly unrelated to Debtor or Debtor's bankruptcy proceeding. Katzoff & Riggs did represent David Baker & Partners in completing an architectural contract with regards to a development previously owned by Debtor, Housewives Market, LLC. This representation was completed with a conflict waiver. David Baker & Partners is a current client of Katzoff & Riggs. Katzoff & Riggs continues to represent David Baker & Partners in regards to contract matters. Katzoff & Riggs does not represent David Baker & Partners in relation to their claim against Debtor.

8. In regards to representation of Arthur F. Evans, Katzoff & Riggs has represented Mr. Evans in matters related to the Debtor. However, Katzoff & Riggs does not represent Mr. Evans in relation to his claim against the Debtor, nor is Katzoff & Riggs aware of what claims he may have had as a creditor in this proceeding.

9. Your applicant is informed and believes that Katzoff & Riggs has no other connection with any of the remaining secured creditors or the 20 largest unsecured creditors, the

Application for Employment of Special Counsel Katzoff & Riggs -2-

Case: 09-41727    Doc# 399    Filed: 07/29/10    Entered: 07/29/10 11:45:31    Page 2 of 6

U.S. Trustee and Katzoff & Riggs represent no interest adverse to the estate in the matters upon which it is to be retained.

10. Katzoff & Riggs has been in practice for twenty years. During that time, Katzoff & Riggs has handled numerous matters in the field of employment law, employment contracts, management agreements, and personnel matters.

11. One of the Firm's attorneys, Stephen G. Preonas, has a practice focus in the area of employment law. Two of the Firm's attorneys, Robert R. Riggs and Kenneth S. Katzoff, have extensive experience with litigation and negotiation regarding property management agreements.

12. Katzoff & Riggs has represented clients on the following assignments:

   a. Negotiating employment agreements on behalf of numerous clients;
   b. Advising clients, in numerous matters, with respect to the termination of employees;
   c. Negotiating property management agreements on behalf of numerous clients;
   d. Negotiating the termination of property management agreements;
   e. Litigating, in numerous cases, the rights and duties of property managers and property management firms;
   f. Litigating a dispute over the duty of a property owner to enter into a property management agreement;
   g. Litigating a dispute as to the managing agent's authority to make purchases under a property management agreement;
   h. Litigating a dispute between partners in which one key disputed issue was the management of a restaurant which was the major partnership asset;
   i. Handling a dissolution proceeding in which one key disputed issue was the management of a restaurant which was the major partnership asset;
   j. Handling a dissolution proceeding in which a major disputed issue was the characterization of a spouse's services as the manager of a capital fund;
   k. Litigating the claim of a manager against an employer for breach of an alleged employment agreement, a case tried to verdict in San Francisco Superior Court;

Application for Employment of Special Counsel Katzoff & Riggs -3-

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

l.  Litigating the claim of a manager against an employer for race discrimination in employment, a case tried to verdict in United States District Court for the Northern District of California;

m.  Litigating the claim of a manager against an employer for sex and pregnancy discrimination;

n.  Litigating claims of employers against employees for unauthorized solicitation of employer's clients and unauthorized retention of trade secrets by employee after termination;

o.  Litigating class action suits in which an employer was accused of violating state law regulating conditions of employment.

13. The Debtor has conferred with, and now desires to retain and employ Katzoff & Riggs as its special counsel to perform all of the above-described services necessary and desirable in the administration of its estate on an hourly rate basis for litigation matters.

14. The firm's billing rates are subject to change from time to time as circumstances warrant. Further, such arrangement is subject to possible changes under Bankruptcy Code §328(a). Compensation for services rendered and reimbursement for expenses incurred are to be paid as allowed by the court after notice and a hearing.

15. The law firm of Katzoff & Riggs represents no interest adverse to the Debtor as debtor-in-possession, or to the estate, in the matters upon which it is to be engaged, and its employment would be to the best interest of this estate.

**WHEREFORE**, the Debtor prays that it be authorized to employ and appoint Katzoff & Riggs effective the date of the order, on an hourly rate basis on the terms set forth herein to represent it as special counsel in this case under Chapter 11 of the Bankruptcy Code and that it be granted such other and further relief as is just.

///

///

///

///

| | | |
|---|---|---|
| 1 | Dated: July 29, 2010 | A.F. EVANS COMPANY, INC. |

By: /s/ Rick Bell
Executive VP and Chief Investment Officer

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

Application for Employment of Special Counsel Katzoff & Riggs

-5-

# DECLARATION OF SERVICE

I, the undersigned, declare:

I am employed in the City of Oakland, County of Alameda, California. I am over the age of 18 years and not a party to this action. My business address is 1999 Harrison Street, Suite 2675, Oakland, California 94612.

I am readily familiar with the business practices of my employer, Kornfield, Nyberg, Bendes & Kuhner, P.C., for the collection and processing of correspondence for mailing with the United States Postal Service and that correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On July 29, 2010, I served the following document(s):

**APPLICATION FOR EMPLOYMENT OF SPECIAL COUNSEL KATZOFF & RIGGS**

**DECLARATION OF ROBERT R. RIGGS IN SUPPORT OF APPLICATION FOR EMPLOYMENT OF SPECIAL COUNSEL KATZOFF & RIGGS**

**[PROPOSED] ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL KATZOFF & RIGGS**

by placing copies of said document(s) in sealed envelope(s) and served in the manner or manners described below addressed as follows:

U.S. Trustee
1301 Clay Street, Suite 690N
Oakland, CA 94612-5202

I placed such envelope(s) for collection and mailing at my employer's office following ordinary business practices, addressed to the addressee(s) designated.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of July, 2010 at Oakland, California.

/s/ Jessica Mangaccat