BARBARA A. MATTHEWS (SBN 185094)
Assistant U.S. Trustee
LYNETTE C. KELLY (SBN 120799)
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Office of the United States Trustee
1301 Clay Street, Suite 690N
Oakland, California 94612-5231
Telephone: (510) 637-3200
e-mail: lynette.c.kelly@usdoj.gov

Attorneys for Acting United States Trustee,
Region 17, AUGUST B. LANDIS

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | Case No. 09-41727 EDJ |
| A. F. EVANS, | Chapter 11 |
| Debtor. | |

**UNITED STATES TRUSTEE'S OBJECTION TO
THE APPLICATION TO EMPLOY KATZOFF & RIGGS
AS SPECIAL COUNSEL FOR THE DEBTORS**

August B. Landis, the Acting U.S. Trustee- Region 17 ("U.S. Trustee"), hereby objects to the Debtor's Application To Employ Katzoff & Riggs As Special Counsel for the Debtor ("Application") for the following reasons:

1. The Application fails to state if a written agreement exist between the Debtor and Katzoff & Riggs; or, if a written agreement exists, the application failed to attach the agreement. Pursuant to 2.1.2 of the U.S. Trustee Guidelines - Region 17, an employment agreement must be attached to the application.

2. The U.S. Trustee objects to what appears to be duplicate hiring of special counsel relating to employment issues. On January 19, 2010, the Court issued an order to employ Pahl & McCoy. On March 17, 2010, the Court issued an order to employ Jackson Lewis. Both firms are highly regarded for their expertise in employment law.

The Application is silent as to the need to retain a third employment firm. Counsel for Debtor has advised that Debtor wants to hire Katzoff & Riggs for services relating to potential sale of the business in which the buyers have indicated that they require management and staff as a condition of the deal. No explanation has been provided as to why one of the two employment firms already retained could not provide these services.

Date: August 4, 2010

BARBARA MATTHEWS
Assistant United States Trustee

By: *Lynette C. Kelly*
LYNETTE C. KELLY
Trial Attorney

Attorneys for August B. Landis,
Acting United States Trustee