Barbara A. Matthews (SBN 195084)
Assistant United States Trustee
Lynette C. Kelly (SBN 120799)
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
1301 Clay Street, Suite 690N
Oakland, California 94612-5217
Telephone: (510) 637-3200

Attorneys for AUGUST B. LANDIS,
Acting United States Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re:

A.F. EVANS,

          Debtor(s).
_____/

Case No. 09-41727 EDJ

Chapter 11

CERTIFICATE OF SERVICE

I, Avis J. Haynes, declare as follows:

I am a citizen of the United States and over the age of eighteen (18) years and not a party to the within action.

My business address is 1301 Clay Street, Suite 690N, Oakland, California 94612-5217.

On August 5, 2010 I served, by mail, a copy of the following document(s):

UNITED STATES TRUSTEE'S OBJECTION TO
THE APPLICATION TO EMPLOY KATZOFF & RIGGS
AS SPECIAL COUNSEL FOR THE DEBTORS

by enclosing a true and correct copy of said document(s) in an envelope with postage thereon fully prepaid, which envelope was then sealed and deposited in the United States mail at Oakland, California, addressed to each of the person(s) listed below:

| | |
|---|---|
| Katzoff & Riggs<br>1500 Park Avenue, Suite 300<br>Emeryville, CA 94608 | Chris D. Kuhner<br>Kornfield, Nyberg, Bendes & Kuhner<br>1999 Harrison Street, Suite 2675<br>Oakland, CA 94612 |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. This declaration was executed on August 5, 2010 at Oakland, California.

                                                                          */s/ Avis J. Haynes*
                                                                            Avis J. Haynes