```
 1  Bachecki, Crom & Co., LLP, CPA's
    Jay D. Crom, Certified Public Accountant
 2  180 Montgomery Street, Suite 2340
    San Francisco, CA 94104-4203
 3  Telephone:  (415) 398-3534

 4

 5  Accountants for A. F. Evans Company, Inc., Debtor

 6

 7                    UNITED STATES BANKRUPTCY COURT

 8                    NORTHERN DISTRICT OF CALIFORNIA

 9

10

11  In re:                          Case No. 09-41727

12  A.F. EVANS COMPANY, INC.,
                                    REQUEST FOR NOTICE
13            Debtor(s).

14

15

16      BACHECKI, CROM & CO., LLP, an interested party herein, hereby requests e-mail

17  notification of all documents filed in this case and any cases consolidated herewith, and all papers

18  served or required to be served in this case and any cases consolidated herewith be given to and

19  served upon:

20                          Jay D. Crom
                         Bachecki, Crom & Co., LLP
21                      email: jcrom@bachcrom.com

22

23
    DATED:  November 15, 2010             BACHECKI, CROM & CO., LLP
24

25
                                          By: /s/ Jay D. Crom
26                                            Jay D. Crom
                                              Accountants for A. F. Evans Company,
27                                            Inc., Debtor

28
```