BOHM, MATSEN, KEGEL & AGUILERA, LLP
A. Eric Aguilera (SBN 192390)
Andrew S. Bisom (SBN 137071)
Kari M. Myron (SBN 158592)
Park Tower
695 Town Center Drive
Suite 700
Telephone: (714) 384-6500
Facsimile: (714) 384-6501
abisom@bisomlaw.com

Attorneys for Moving Party and Secured Creditor TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| In re:<br><br>A.F. EVANS COMPANY, INC. | Case No. 09-41727 EDJ 11<br>Judge: Hon. Edward D. Jellen<br><br>**NOTICE OF MOTION FOR ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**<br><br>Date: March 11, 2011<br>Time: 10:00 a.m.<br>Courtroom: 215 |

TO ALL PARTIES-IN-INTEREST HEREUNDER:

This is a core proceeding as defined by the United States Bankruptcy Code and this creditor consents to final Order or Judgment by the above-entitled Court.

1

NOTICE OF MOTION FOR ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

The above-entitled Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §157(a), et seq. and 28 U.S.C. §1334, et seq.

PLEASE TAKE NOTICE that on March 11, 2011 at 10:00 a.m. or at such time as the matter may be heard, a hearing on the Motion for Relief from Automatic Stay brought hereunder by movant, Travelers Property Casualty Co. of America ("Travelers") against Debtor, AF Evan Company, Inc., (hereinafter referred to as "Debtor") will take place.

**PLEASE TAKE NOTICE THAT DEBTOR MUST APPEAR PERSONALLY OR BY COUNSEL AT THE TIME AND PLACE SPECIFIED ABOVE FOR THE HEARING ON THIS MATTER. IN THE EVENT DEBTOR DOES NOT APPEAR, EITHER PERSONALLY OR BY COUNSEL, AT THE HEARING ON THIS MOTION FOR RELIEF FROM AUTOMATIC STAY AS REQUESTED BY THESE MOTION PAPERS, THIS MOTION FOR RELIEF FROM AUTOMATIC STAY MAY BE GRANTED BY DEFAULT AND WITHOUT FURTHER PROCEEDING, MOVANT MAY BE AUTHORIZED TO ENFORCE ITS' RIGHTS AND REMEDIES UNDER THE PARTIES' CONTRACTUAL AGREEMENT.**

DATED: January 24, 2011        BOHM, MATSEN, KEGEL & AGUILERA, LLP

A. Eric Aguilera, Esquire
Kari M. Myron, Esquire
Andrew S. Bisom, Esquire
Attorneys for Party and Secured Creditor
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the City of Costa Mesa for County of Orange of the State of California. I am over the age of 18 and am not a party to the within action. My business address is 695 Town Center Drive, Suite 700, Costa Mesa, California 92626. On January 24, 2011, I served the documents named below on the parties in this action as follows:

DOCUMENT(S) SERVED: **NOTICE OF MOTION FOR ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

SERVED UPON: **SEE ATTACHED SERVICE LIST**

☒ (BY MAIL) I verify that each such envelope, with postage thereon fully prepaid, has been or will be placed in the United States mail at Costa Mesa, California. I am readily familiar with the practice of the Law Offices of Bohm, Matsen, Kegel, & Aguilera LLP, for collection and processing of correspondence and/or documents for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY OVERNIGHT DELIVERY) I am readily familiar with the practice of the Law Offices of Bohm Matsen, Kegel & Aguilera, LLP, for the collection and processing of correspondence for overnight delivery and known that the document(s) described herein will be deposited in a box or other facility regularly maintained by Overnight Express for overnight delivery.

☐ (BY FACSIMILE WHERE INDICATED) The above-referenced document was transmitted by facsimile transmission and the transmission was reported as complete and without error. Pursuant to C.R.C. 2009(I), I caused the transmitting facsimile machine to issue properly a transmission report, a copy of which is attached to this Declaration.

☐ (BY ELECTRONIC MAIL) The above-referenced document was transmitted via electronic service and the transmission was reported as complete and without error. Pursuant to C.R.C. 2.260, I verify that the documents have been electronically transmitted from my registered email address provided by my employer, Bohm, Matsen, Kegel & Aguilera, LLP, and was sent on November 3, 2010.

☒ (BY ELECTRONIC FILING WITH THE U.S. DISTRICT COURT) I certify that on November 3, 2010, I electronically transmitted the attached document to the United States District Court and/or the US District Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants/recipients as listed below on the attached Service List.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on January 24, 2011, at Costa Mesa, California.

_____
Don Shaw

*In Re: A.F. Evans Company, Inc.*
Case No.: 04-41727-EDJ 11
United States Bankruptcy Court - Northern District of California
(OAKLAND DIVISION)

**Electronic Copies to:**

- **Robert A. Abrams**     rabrams@katskykorins.com
- **William E. Adams**     merickson@fablaw.com
- **Bernard D. Bollinger**     bbollinger@buchalter.com; smartin@buchalter.com
- **John P. Christian**     jchristian@tobinlaw.com; gbroome@tobinlaw.com
- **Christina M. Craige**     ccraige@sidley.com; jkobayas@sidley.com
- **Kathryn S. Diemer**     kdiemer@diemerwhitman.com
- **Leonard Flanagan**     leonard@condodefects.com; mariah@condodefects.com
- **Gina M. Fornario**     gfornario@nixonpeabody.com; klove@nixonpeabody.com
- **Robert S. Gebhard**     robert.gebhard@sdma.com
- **Bernard R. Given**     bgiven@frandzel.com; efiling@frandzel.com
- **Carl L. Grumer**     cgrumer@manatt.com
- **Amy L. Hespenheide**     ahespenheide@sflaw.com
- **Mark V. Isola**     misola@rehonroberts.com
- **Robert E. Izmirian**     rizmirian@buchalter.com
- **George H. Kalikman**     gkalikman@schnader.com
- **Robert B. Kaplan**     rbk@jmbm.com
- **Lynette C. Kelly**     lynette.c.kelly@usdoj.gov
- **Thomas F. Koegel**     tkoegel@crowell.com
- **Jeffrey A. Krieger**     jkrieger@ggfirm.com
- **Chris D. Kuhner**     c.kuhner@kornfieldlaw.com
- **Catherine M. Lee**     C.Lee@MPGLAW.com
- **Maxim B. Litvak**     mlitvak@pszjlaw.com; pjeffries@pszyjw.com
- **William F. McLaughlin**     mcl551@aol.com
- **Randy Michelson**     randy.michelson@michelsonlawgroup.com
- **Zachary Mosner**     bcumosner@atg.wa.gov
- **Austin P. Nagel**     melissa@apnagellaw.com
- **Howard S. Nevins**     hnevins@hsmlaw.com; lsamosa@hsmlaw.com
- **Eric A. Nyberg**     e.nyberg@kornfieldlaw.com
- **Office of the U.S. Trustee/Oak**     USTPRegion17.OA.ECF@usdoj.gov; ltroxas@hotmail.com
- **Joseph Orzano**     JOrzano@Schnader.com
- **Frank T. Pepler**     fpepler@peplermastromonaco.com

| | |
|---|---|
| 1 | • **Steven G.F. Polard**   spolard@perkinscoie.com |
| 2 | • **Alan E. Ramos**   aramos@lawnrs.com |
| | • **Catherine Schlomann Robertson**   crobertson@pahl-mccay.com; |
| 3 | tmeek@pahl-mccay.com |
| 4 | • **Richard A. Rogan**   rrogan@jmbm.com; jb8@jmbm.com; to1@jmbm.com |
| | • **Randy R. Rogers**   rrogers@winston.com |
| 5 | • **Stephanie M. Seidl**   sseidl@sheppardmullin.com |
| 6 | • **Pamela E. Singer**   psinger@pszyjw.com; ksuk@pszyjw.com; |
| | azaragoza@pszyjw.com |
| 7 | • **Michael St. James**   ecf@stjames-law.com |
| 8 | • **James A. Tiemstra**   jat@tiemlaw.com; sml@tiemlaw.com |
| | • **Todd C. Toral**   ttoral@nixonpeabody.com; jzic@nixonpeabody.com; |
| 9 | sf.managing.clerk@nixonpeabody.com |
| 10 | • **Edward Tredinnick**   etredinnick@grmslaw.com |
| 11 | • **Jeffrey D. Trowbridge**   jdt3656@sbcglobal.net |
| | • **Philip S. Warden**   philip.warden@pillsburylaw.com |
| 12 | • **Howard J. Weg**   hweg@pwkllp.com |
| 13 | • **Chad A. Westfall**   c.westfall@mpglaw.com |
| | • **Thomas A. Willoughby**   TWilloughby@ffwplaw.com; |
| 14 | lnmccleerey@ffwplaw.com; kwidder@ffwplaw.com |
| 15 | **Kelly A. Woodruff**   kwoodruff@fbm.com; calendar@fbm.com |

**United States Parcel Post Service to:**

| achecki, Crom & Co., LLP CPA'S<br>180 Montgomery St. Ste. 2340<br>San Francisco, CA 94104-4203 | Robert M. Bone<br>Law Offices of Robert M. Bone<br>37 Old Courthouse Sq. #200<br>Santa Rosa, CA 95404 |
|---|---|
| Alan M. Feld<br>Manatt, Phelps and Phillips<br>11355 W Olympic Blvd.<br>Los Angeles, CA 90064-1614 | Hudson Housing Capital, LLC<br>c/o Howard J. Weg<br>Peitzman, Weg & Kempisky LLP<br>10100 Santa Monica Blvd. #1450<br>Los Angeles, CA 90067 |
| Kawamoto, Weil and Company<br>150 E. Campbell Ave., Suite 201<br>Campbell, CA 95008 | Mark P. Levy<br>Levy, Levy and Levy<br>900 Larkspur Landing Circle #275<br>Larkspur, CA 94939 |

| | |
|---|---|
| **Margaret M. Mann**<br>Sheppard Mullin Richter and Hampton<br>501 West Broadway 19th Fl<br>San Diego, CA 92101 | **Matthew D. Maser**<br>Koley Jessen P.C. LLO<br>One Pacific Pl. #800<br>1125 S 103rd St.<br>Omaha, NE 68124-1079 |
| **Miles & Westbrook**<br>1407 Oakland Blvd., STE 107<br>Walnut Creek, CA 94596 | **Cheryl A. Orr**<br>Musick Peeler and Garrett LLP<br>One Wilshire Blvd. #2000<br>Los Angeles, CA 90017 |
| **Robert R. Riggs**<br>Law offices of Katzoff and Riggs<br>1500 Park Ave, STE 300<br>Emeryville, CA 94608 | **Monali S. Sheth**<br>Farella Braun and Martel LLP<br>235 Montgomery St. 18th Fl<br>San Francisco, CA 94104 |
| **Donald L. Swanson**<br>Koley Jessen P.C. LLO<br>One Pacific Pl. #800<br>1125 S 103rd St.<br>Omaha, NE 68124-1079 | **TW Telecom, Inc.**<br>10475 Park Meadows Drive #400<br>Littleton, CO 80124 |
| **David A. Tartaglio**<br>Musick Peeler and Garrett LLP<br>One Wilshire Blvd. #2000<br>Los Angeles, CA 90017 | |